**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**REGION 7, SOUTHERN and WESTERN DISTRICTS OF TEXAS**
**HECTOR DURAN**
**TRIAL ATTORNEY**
**515 Rusk, Suite 3516**
**Houston, Texas   77002**
**Telephone:  (713) 718-4650 x 241**
**Fax:  (713) 718-4670**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. |
| | § | |
| SANCHEZ ENERGY CORPORATION, | § | 19-34508 (MI) |
| *et al.*, | § | (Chapter 11) |
| | § | Jointly Administered |
| DEBTORS[1] | § | |

**NOTICE OF APPOINTMENT OF**
**COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE MARVIN ISGUR
UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Henry G. Hobbs, Jr., the Acting United States Trustee for Region 7, who pursuant to 11 U.S.C. § 1102(a)(1) hereby appoints the following eligible creditors to the Committee of Unsecured Creditors in this case:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

| Members | Counsel for Member |
|---|---|
| 1. Delaware Trust Company<br>    Attn:  Michelle Dreyer<br>    251 Little Falls Drive<br>    Wilmington, DE  19808<br>    Tel. 302-636-5806<br>    Fax 302-636-8666<br>    E-Mail:  michelle.dreyer@cscglobal.com | Arent Fox LLP<br>Andrew I. Silfen, Esq.<br>Jordana L. Renert, Esq.<br>1301 Avenue of the Americas, Floor 42<br>New York, NY  10019<br>Tel. 212-484-3900<br>Fax 212-484-3990<br>E-Mail:  andrew.silfen@arentfox.com<br>            jordana.renert@arentfox.com |
| 2. Allstate Investments, LLC<br>    Attn: Paul S. Caruso, Sr. Managing Counsel<br>    444 West Lake Street, Suite 4500<br>    Chicago, IL  60606<br>    Tel. 312-764-6750<br>    E-Mail:    paul.caruso@allstate.com | |
| 3. Danos, LLC<br>    Attn:  Khanh Labat<br>    3878 West Main Street<br>    Gray, LA  70359<br>    Tel. 985-219-3399<br>    E-Mail: khanh.labat@danos.com | Jones Walker LLP<br>Mark A. Mintz, Esq.<br>201 St. Charles Ave., Suite 5100<br>New Orleans, LA  70170<br>Tel. 504-582-8368<br>Fax 504-589-8368<br>E-Mail:  mmintz@joneswalker.com |
| 4. Rusco Operating, LLC<br>    Attn: Olivia Howe<br>    111 Congress, 9th Floor<br>    Austin, TX  78701<br>    Tel. 512-501-5452<br>    E-Mail:  olivia.howe@rigup.com | Brown Fox PLLC<br>Eric C. Wood, Esq.<br>8111 Preston Rd., Suite 300<br>Dallas, TX  75225<br>Tel. 214-327-5000<br>Fax 214-327-5001<br>E-Mail:  eric@brownfoxlaw.com |

| | |
|---|---|
| 5. Monarch Silica, LLC<br>Attn:  Chase Neal<br>6606 FM 1488, Suite 148<br>Box 519<br>Magnolia, TX  77354<br>Tel. 281-889-9279<br>E-Mail:  cneal@monarchsilica.com | Kilmer Crosby & Quadros PLLC<br>Brian A. Kilmer, Esq.<br>712 Main Street, Suite 1100<br>Houston, TX  77002<br>Tel. 713-300-9662<br>Fax 214-731-3117<br>E-Mail:  bkilmer@kcq-lawfirm.com |
| 6. Nabors Drilling Technologies USA, Inc.<br>Attn:  Lyndell M. Scott<br>515 W. Greens Road<br>Houston, TX  77067<br>Tel. 281-775-8255<br>Fax 281-775-8433<br>E-Mail:  lyndell.scott@nabors.com | Snow Spence Green LLP<br>Kenneth Green, Esq.<br>2929 Allen Parkway, Suite 2800<br>Houston, TX  77019<br>Tel. 713-335-4830<br>Fax 713-335-4848<br>E-Mail:  kgreen@snowspencelaw.com |
| 7. McKinsey Recovery & Transformation Services U.S., LLC<br>Attn:  Claudio Brasca<br>555 California Street, Suite 4800<br>San Francisco, CA  94104<br>Tel. 415-318-5433<br>E-Mail:  claudio_brasca@mckinsey.com | McKinsey & Company, Inc.<br>Justin Sommers, Associate General Counsel<br>55 East 52nd Street, 27th Floor<br>New York, NY  10022<br>Tel. 212-415-1922<br>E-Mail: justin_sommers@mckinsey.com |

Dated: August 26, 2019                    Respectfully Submitted,

HENRY G. HOBBS, JR.
ACTING UNITED STATES TRUSTEE
REGION 7, SOUTHERN and WESTERN
DISTRICTS OF TEXAS

By:     /s/ Hector Duran
        Hector Duran
        Trial Attorney
        Texas Bar No. 00783996
        515 Rusk, Suite 3516
        Houston, TX 77002
        Telephone:  (713) 718-4650 x 241
        Fax:  (713) 718-4670

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants on this 26th day of August, 2019.

                                        /s/ Hector Duran
                                        Hector Duran, Trial Attorney