IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | ) ) ) | Case No. 19-34508 |
| Debtors. | ) ) ) | (Jointly Administered) |

**AMENDED NOTICE OF RESET OF HEARING**

**PLEASE TAKE NOTICE** that on August 12, 2019, the Debtors filed the following:

- *Debtors' Emergency Motion for Entry of an Order (I) Approving Debtors' Proposed Adequate Assurance of Payment for Future Utility Services; (II) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Services; (III) Approving Debtors' Proposed Procedures for Resolving Additional Assurance Requests; and (IV) Granting Related Relief* ("Utility Motion") [ECF No. 8];

- *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Payment of Certain Prepetition Compensation Obligations; (II) Authorizing Payment of Postpetition Compensation Obligations in the Ordinary Course of Business; and (III) Granting Related Relief* ("Compensation Motion") [ECF No. 9];

- *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Continue to (A) Operating Their Cash Management System and Maintain Existing Bank Accounts, (B) Maintain Existing Business Forms, and (C) Perform Intercompany Transactions; and (II) Granting Related Relief* ("Cash Management Motion") [ECF No. 11]

- *Debtors' Emergency Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Beneficial Ownership and Declarations of Worthlessness with Respect to Common Stock and Preferred Stock; and (II) Granting Related Relief* ("NOL Motion") [ECF No. 12]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

1

- *Debtors' Motion for Entry of an Order (I) Approving Continuation of Surety Bond Program, and (II) Granting Related Relief* ("Surety Bond Motion") [ECF No. 24]

- *Debtors' Motion for Entry of an Order (I) Authorizing Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, and (II) Granting Related Relief* ("Insurance Motion") [ECF No. 25]

**PLEASE TAKE FURTHER NOTICE** that the hearing previously set for September 9, 2019 at 9:30 a.m. has been reset to **September 19, 2019 at 2:00 p.m. (prevailing Central Time)** before Judge Marvin Isgur, Courtroom No. 404, 515 Rusk Avenue, Houston, TX 77010;

**PLEASE TAKE FURTHER NOTICE** that any objections to the Utility Motion, Compensation Motion, Cash Management Motion, NOL Motion, Surety Bond Motion, and Insurance Motion shall be filed on or before **September 9, 2019** ("Objection Deadline");

**PLEASE TAKE FURTHER NOTICE** that on August 12, 2019 the Debtors filed their *Emergency Motion for Entry of Interim and Final Orders Authorizing Continued Performance of Obligations Under Shared Services Arrangements* ("Shared Services Motion") [ECF No. 10]

**PLEASE TAKE FURTHER NOTICE** that the hearing previously set for September 9, 2019 at 9:30 a.m. has been reset to **October 16, 2019 at 1:30 p.m. (prevailing Central Time)** before Judge Marvin Isgur, Courtroom No. 404, 515 Rusk Avenue, Houston, TX 77010;

**PLEASE TAKE FURTHER NOTICE** that any objections to the Shared Services Motion shall be filed on or before **October 10, 2019**, ("Shared Services Objection Deadline");

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 Cases are available free of charge by visiting https://cases.primeclerk.com/sanchezenergy or by calling U.S. toll free: (844) 232-0067; International (917) 942-6393 or by email at SanchezInfo@primeclerk.com.  You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
Dated: September 3, 2019

/s/ *Elizabeth C. Freeman*
**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
Elizabeth C. Freeman (TX Bar No. 24009222)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile:  (713) 752-4221
Email: mcavenaugh@jw.com
Email: efreeman@jw.com

*Proposed Counsel for the Debtors and Debtors in Possession*

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Marty L. Brimmage, Jr. (TX Bar No. 00793386)
Lacy M. Lawrence (TX Bar No. 24055913)
2300 N. Field Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 969-2800
Facsimile:  (214) 969-4343
mbrimmage@akingump.com
llawrence@akingump.com

- and -

Ira S. Dizengoff (*pro hac vice* admission pending)
Jason P. Rubin (*pro hac vice* admission pending)
Naomi Moss (*pro hac vice* admission pending)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002
idizengoff@akingump.com
jrubin@akingump.com
nmoss@akingump.com

- and -

James Savin (*pro hac vice* admission pending)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile:  (202) 887-4288
jsavin@akingump.com

*Proposed Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

    I certify that on 3rd day of September 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                          /s/ *Elizabeth C. Freeman*
                                          Elizabeth C. Freeman