**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | Case No. 19-34508 (MI) |
| Debtors. | (Jointly Administered) |

## GLOBAL NOTES, METHODOLOGY, AND SPECIFIC DISCLOSURES REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

Sanchez Energy Corporation ("Sanchez") and its affiliated debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rules 1007 and 1009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Bankruptcy Rules for the Southern District of Texas Rules 1007-1 and 1009-1.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.

Cameron W. George has signed each set of the Schedules and Statements. Mr. George serves as the Executive Vice President and Chief Financial Officer for Sanchez and he is an authorized signatory for each of the Debtors in these chapter 11 cases. In reviewing and signing the Schedules and Statements, Mr. George has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and their legal and financial advisors. Mr. George has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. The Debtors, and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. For the avoidance of doubt, the Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors, or their agents, attorneys, and financial advisors, be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, or financial advisors are advised of the possibility of such damages.

### Global Notes and Overview of Methodology

1. **Description of Cases.** On August 11, 2019, (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On August 12, 2019, an *Order (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief* [Docket No. 27] was entered directing joint administration of the Debtors' chapter 11 cases. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases. The information provided herein, except as otherwise noted, is reported as of the Petition Date.

2. **Global Notes Control.** These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3. **Reservations and Limitations.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy

or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **No Admission.** Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

(b)     **Recharacterization.** Notwithstanding that the Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate, including whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(c)     **Classifications.** Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract. Moreover, listing a claim as priority or secured reflects the claim's status on the Debtors' books and records and does not take into account whether any lien is properly perfected under applicable law or subject to any potential avoidance actions, which legal analysis is ongoing.

(d)     **Claims Description.** Any failure to designate a claim on the Debtors' Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." Each Debtor reserves all rights to dispute, or assert offsets or defenses to, any claim reflected on its respective Schedules and Statements on any grounds, including, without limitation, liability or classification, or to otherwise subsequently designate such claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority of any claim. Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to amend their Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

(e)     **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and

contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods.  Actual results could differ from such estimates.

(f)    **Causes of Action.**  Despite commercially reasonable efforts, the Debtors may not have identified all current and potential causes of action the Debtors may have against third parties in their respective Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets.  The Debtors reserve all rights with respect to any causes of action, and nothing in these Global Notes or the Schedules and Statements should be construed as a waiver of any such causes of action.

(g)    **Intellectual Property Rights.**  Exclusion of certain intellectual property from the Schedules and Statements should not be construed as an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property rights in the Schedules and Statements should not be construed as an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances intellectual property owned by one Debtor may, in fact, be owned by another Debtor or a non-Debtor or vice-versa.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

(h)    **Insiders.**  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission that those parties are insiders for purpose of section 101(31) of the Bankruptcy Code.  Information regarding the individuals listed as insiders in the Schedules and Statements may not be used for: (i) the purposes of determining (A) control of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

(i)    **Excluded Assets and Liabilities.**  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including goodwill, accrued salaries, employee benefit accruals, and accrued accounts payable.  The Debtors also have excluded potential rejection damage Claims of counterparties to executory contracts and unexpired leases that may or may not be rejected, to the extent such damage Claims exist.  The Debtors have also excluded unbilled receivables.  In addition, certain immaterial assets and liabilities may have been excluded.

4.    **Methodology.**

(a)    **Basis of Presentation.**  The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP") nor are they intended to be fully reconciled to the financial statements of each Debtor.  The Schedules and Statements contain unaudited information that is subject to further review and potential adjustment.  The Schedules and Statements reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)    **Confidential Information.**  There may be instances in the Schedules and Statements where the Debtors deemed it necessary and appropriate to redact from the public record information such as names, addresses, or amounts.  Generally, the Debtors have used this approach because of a confidentiality agreement between the Debtors and a third party, for the protection of sensitive commercial information, or for the privacy of an individual.

(c)    **Master Agreements.**  Contracts and leases listed in the Schedules and Statements may be master agreements that cover relationships with some or all of the Debtors.  Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor entity that signed the original umbrella or master agreement.  Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(d)    **Duplication.**  Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules.  To the extent these disclosures would be duplicative, the Debtors have endeavored to only list such assets, liabilities, and prepetition payments once.  Notwithstanding the foregoing, as a result of the Debtors' shared services arrangements ("SSA") with Sanchez Oil & Gas Corporation ("SOG") pursuant to which, among other things, the Debtors utilize the services of SOG employees, including the Debtors' management, payments and transfers to SOG reflected on the Statements are inclusive of certain payments and transfers to the Debtors' insiders that are also listed on the Statements and the ultimate beneficiary of such amounts.  For the avoidance of doubt, the Debtors have made commercially reasonable efforts to

disclose payments and transfers to the Debtors' insiders that were paid or transferred pursuant to the SSA with SOG and not paid directly by the Debtors to such insiders.

(e)    **Net Book Value.**  In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to the Debtors.  Accordingly, unless otherwise indicated, the Debtors' Schedules and Statements reflect net book values.  Market values may vary, in some instances, materially, from net book values presented as of July 31, 2019.  Assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements, or are listed with a zero-dollar value, as such assets have no net book value.  The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Moreover, the book values of certain assets may materially differ from the Debtors' enterprise valuation that will be prepared in connection with a disclosure statement filed in the Debtors' chapter 11 cases.  For the avoidance of any doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

(f)    **Undetermined Amounts.**  The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(g)    **Unliquidated Amounts.**  Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(h)    **Totals.**  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different from the listed total.

(i)    **Property and Equipment.**  Unless otherwise indicated, owned property and equipment are valued at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third party lessors.  To the extent possible, any such leases are listed in the Schedules and Statements.  Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(j)    **Allocation of Liabilities.**  The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.

(k)    **Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may either (i) not reflect credits, allowances, or

6

other adjustments due from such creditors to the Debtors, or (ii) be net of accrued credits, allowances, or other adjustments that are actually owed by a creditor to the Debtors on a postpetition basis on account of such credits, allowances, or other adjustments earned from prepetition payments and critical vendor payments, if applicable. The Debtors reserve all of their rights with regard to such credits, allowances, or other adjustments, including, but not limited to, the right to modify the Schedules, assert claims objections and/or setoffs with respect to the same, or apply such allowances in the ordinary course of business on a postpetition basis.

(l)     **Paid Claims.**  The Debtors have authority to pay certain outstanding prepetition payables pursuant to Court order—as such, outstanding liabilities may have been reduced by any Court-approved postpetition payments made on prepetition payables. Where and to the extent these liabilities have been satisfied, they are not listed in the Schedules and Statements. To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Court where such order preserves the right to contest.

(m)    **Intercompany Claims.**  As described in the *Debtors' Emergency Motion For Entry of Interim And Final Orders (I) Authorizing The Debtors to Continue to (A) Operate Their Cash Management System and Maintain Existing Bank Accounts, (B) Maintain Existing Business Forms, and (C) Perform Intercompany Transactions; and (II) Granting Related Relief* [Docket No. 11] (the "Cash Management Motion"), the Debtors maintain business relationships with their affiliates and conduct transactions from time to time that result in intercompany receivables and payables and/or are on account of capital contributions, equity investments, or distributions on account of equity investments. Prepetition intercompany receivables and payables among and between the Debtors and their non-Debtor affiliates are reported on Schedule A/B 77, and Schedule E/F, respectively, per the Debtors' books and records. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes.

**Certain Disclosures with Respect to Related Parties.**  The Debtors maintain business relationships with certain related parties. The Debtors have scheduled certain contracts, leases, or other documents to which certain of the Debtors and SOG and/or Sanchez Midstream Partners LP ("SNMP") (or its predecessors, successors, or affiliates) may be party. Such disclosure is for informational purposes only and all the Debtors' rights with respect to the characterization of any contract or other document are reserved. The Debtors reserve all rights, claims,

and defenses in connection with any and all receivables and payables between the Debtors and any related parties.

In accordance with GAAP, the Debtors report net related party receivable and related party payable balances between legal entities.  It is the Debtors' historical practice to accumulate related party receivables and related party payables over time within related party accounts.  For example, Sanchez, for itself and on behalf of the consolidated Debtor entities, pays SOG for Joint Interest Billing ("JIB") advances as part of the SSA and records a related party receivable with SOG when the cash is paid.  SOG pays for various costs on behalf of the Debtors, which are then allocated and charged back to the specific individual entities through the JIB process.  In connection with the JIB process, related party payables are recorded in the Debtors' accounting system for the specific individual entities on whose behalf such expenses were incurred. As a result of these historical practices, the Debtors' books and records reflect various receivables and payables on account of the SSA that are offset on a consolidated basis.

While the Statements and Schedules are filed on a legal entity basis, the receivables and payables between the Debtors and SOG should be viewed on a consolidated (and net) basis due to the historical approach that mechanically allows offsetting balances to grow over time.  The Debtors have included a "Summary of Related Party Receivables and Payables" as of July 31, 2019 within Schedule A/B: Assets – Real and Personal Property Part 11 Other Assets Question 77 of each Debtor which summarizes on a consolidated basis the net related party receivable and related party payable balances between legal entities.

(n)     **Guarantees and Indemnification Claims.**     The Debtors have exercised commercially reasonable efforts to locate and identify guarantees of their executory contracts, unexpired leases, secured financings, and other such agreements.  Where guarantees or indemnification claims have been identified, they have been included in the relevant Schedules E/F, G and H for the affected Debtor.  The Debtors may have inadvertently omitted guarantees or indemnifications embedded in their contractual agreements and may identify additional guarantees or indemnifications as they continue to review their books and records and contractual agreements.  The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if additional guarantees are identified.

(o)     **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets and liabilities from the Schedules and Statements, including, but not limited to: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; deferred revenue accounts; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. Other immaterial assets and liabilities may also have been excluded.

(p)     **Liens.**     The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens.

(q)     **Currency.**  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(r)     **Setoffs.**  The Debtors routinely incur setoffs and net payments in the ordinary course of business.  Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, related party transactions, counterparty settlements, pricing discrepancies, credits, rebates, returns, refunds, negotiations, and/or disputes between the Debtors and their customers and/or suppliers.  These normal, ordinary course setoffs and nettings are common to the industry.  Due to the voluminous nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction.  Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Debtors' Schedules and Statements.  In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware and/or of which the Debtors have approved to effectuate in the claims process of their chapter 11 cases.  The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

5.     **Specific Schedules Disclosures.**

(a)     **Schedules Summary**.  Except as otherwise noted, the asset totals represent amounts as of July 31, 2019 and liability information provided herein represents the Debtors' liabilities as of the Petition Date.

(b)     **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.**  Details with respect to the Debtors' cash management system and bank accounts are set forth in the Debtors' Cash Management Motion and *Interim Order (I) Authorizing The Debtors To Continue To (A) Operate Their Cash Management System And Maintain Existing Bank Accounts, (B) Maintain Existing Business Forms And (C) Perform Intercompany Transactions; And (II) Granting Related Relief* [Docket No. 128].

Additionally, the Court, pursuant to the *Amended Order (I) Approving Debtors' Emergency Proposed Adequate Assurance Of Payment For Future Utility Services; (II) Prohibiting Utility Companies From Altering, Refusing, Or Discontinuing Services; (III) Approving Debtors' Proposed Procedures For Resolving Additional Assurance Requests; And (IV) Granting Related Relief* [Docket No. 221], has authorized the Debtors to provide a deposit, in the aggregate amount of $47,357 as adequate assurance for their utility providers.  Such deposit is not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.  Bank account balances listed in Part 1 represent the bank balances as of the Petition Date.

(c)     **Schedule A/B, Part 3 – Accounts Receivable, Item 11.**  The Debtors' reported accounts receivable includes amounts that may be uncollectible.  Notwithstanding the foregoing, the Debtors have used commercially reasonable efforts to deduct

doubtful or uncollectible accounts. The Debtors are unable to determine with certainty what amounts will actually be collected. Because of the ongoing investigation and analysis of claims that may exist relating to prepetition transactions between and among Debtors and/or related parties, certain payables and receivables have been marked as "undetermined."

(d)   **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture.** Ownership interests in subsidiaries, partnerships, and joint ventures have been listed in Schedule A/B, Part 4, as undetermined amounts on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors, and may differ significantly from their net book value.

(e)   **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Dollar amounts are presented net of accumulated depreciation and other adjustments. Due to the volume, the individual fixed asset schedules have not been included in Part 7.

(f)   **Schedule A/B, Part 8 – Machinery, Equipment, & Vehicles.** Dollar amounts are presented net of accumulated depreciation and other adjustments. Due to the volume, the individual fixed asset schedules have not been included in Part 8.

(g)   **Schedule A/B, Part 9 – Real Property.** For those Debtors that own real property, such owned real estate is reported at book value, net of accumulated depreciation. The Debtors may have listed certain assets as real property when such assets are in fact personal property, or the Debtors may have listed certain assets as personal property when such assets are in fact real property. Any buildings and land improvements are listed on Schedule A/B, Part 9, independent of whether the real property to which the building or land improvement is connected is Debtor-owned property. The Debtors reserve all of their rights to re-categorize and/or re-characterize such asset holdings to the extent the Debtors determine that such holdings were improperly listed.

Certain of the instruments reflected on Schedule A/B 55 may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional lands, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A/B 55. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A/B 55 is an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A/B 55, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument, including any intercompany or related party agreement.

The Debtors recorded certain real property asset impairments on their general ledger based on the reserve valuation reports at a field level basis. For purposes of individual Schedules of Assets by Debtor, the company allocated real property asset impairment values based on the weighted average real property net book value of each individual Debtor to the company's consolidated real property net book value. This asset impairment allocation method between Debtors represents an estimate that could materially differ from a reserve valuation if it was performed on a Debtor by Debtor basis.

The response to Schedule A/B 58 for the Debtors that hold real property is checked Yes.  While the real property is not technically appraised by a licensed appraiser, the Debtor contracts a third party advisor to value its oil and gas reserves.

(h)     **Schedule A/B, Part 11 – All Other Assets.**  Dollar amounts are presented net of impairments and other adjustments.

> ***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtors and Rights to Setoff Claims.***  In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, credits, rebates, or refunds with their customers and suppliers, or potential warranty or indemnity claims against counterparties  Additionally, certain of the Debtors may be party to pending litigation in which such Debtor has asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant.  Because such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11.

> ***Interests in Insurance Policies or Annuities.***  A list of Debtors' insurance policies and related information is available as an exhibit to the *Order (I) Authorizing Debtors to (A) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto and (B) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; and (II) Granting Related Relief* [Docket No. 349] (the "Insurance Motion").  The Debtors believe that there is little or no cash value to the vast majority of such insurance policies.  Such policies have all been included on Schedule A/B, Part 11, with values listed as "undetermined." Additionally, the Debtors may have interest in certain insurance policies held by SOG on behalf of the Debtors.

> ***Other Property of any kind not already listed.*** Intercompany and related party receivables reflect the balance as of July 31, 2019.

> ***Executory Contracts and Unexpired Leases.***  Because of the large number of the executory contracts and unexpired leases, as well as the size and scope of such documents, the Debtors have not attached such agreements to Schedule A/B. Instead, the Debtors have only listed such agreements on Schedule G.  Certain agreements may not be listed on Schedule G due to express confidentiality provisions contained within such agreements.

(i)    **Schedule D – Creditors Who Have Claims Secured by Property.** Except as otherwise agreed pursuant to a stipulation or order entered by the Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although the Debtors have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable agreements and other related relevant documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. The listing of a lien does not constitute an admission by the Debtors of its validity or perfection. In certain instances, some of the Debtors may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities.

The Debtors have not included on Schedule D parties that may believe such claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the secured facilities, only the administrative agents have been listed for purposes of Schedule D.

(j)    **Schedule E/F – Creditors Who Have Unsecured Claims**.

*Part 1 - Creditors with Priority Unsecured Claims.* Pursuant to the *Order (I) Authorizing The Payment Of Certain Prepetition Taxes And Fees And (II) Granting Related Relief* [Docket No. 110] (the "Tax Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Tax Order are not listed in Schedule E.

The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

*Part 2 - Creditors with Nonpriority Unsecured Claims.* The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a commercially reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities, which have been listed on a gross accounts payable basis, may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Pursuant to various orders to pay certain prepetition nonpriority unsecured claims, the Debtors have been granted the authority to pay, in their discretion, certain prepetition obligations.  These orders include: *Order (I) Authorizing Payment Of (A) Obligations Owed To Holders Of Mineral And Other Interests And Non-Op Working Interests, (B) Joint-Interest Billings, And (C) Cash Calls And (II) Granting Related Relief* [Docket No. 139] and *Order (I) Authorizing The Payment Of (A) Operating Expenses, (B) Marketing Expenses, (C) Shipping And Warehousing Claims, (D) 503(B)(9) Claims, And (E) Outstanding Orders; And (II) Granting Related Relief* [Docket No. 140].

Schedule E/F, Part 2, contains information regarding certain claims of insiders of the Debtors, with such claims being listed as "contingent," "unliquidated," and/or "disputed."  In scheduling such claims, the Debtors make no representation or assertion as to the validity of such claims, and the Debtors reserve all rights, claims, and defenses in connection therewith.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors.  The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease.  In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that may be or have been rejected.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute.  Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors have not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date.  Accordingly, the information contained in Schedules D and E/F may be incomplete.  The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if, or when, the Debtors receive such invoices.

(k)    **Schedule G – Executory Contracts and Unexpired Leases.**  While commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred.  Additionally, relationships between the Debtors and their vendors are often governed by a master services agreement, under which the Debtors also place work and purchase orders, which may be considered executory contracts.  Disclosure of all of these purchase and

work orders, however, is impracticable and unduly burdensome. Accordingly, to the extent the Debtors have determined to disclose non-confidential master services agreements in Schedule G, purchase and work orders placed thereunder may have been omitted. The Debtors have not listed non-disclosure, confidentiality or related agreements on their Schedule G.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. Expired contracts and leases may have also been inadvertently included. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G. The Debtors reserve the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

The Debtors have reserved all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

Although the Debtors have made diligent attempts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of its rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contract or agreement is not impaired by the omission. Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected on Schedules D and F only.

Moreover, the Debtors have acquired certain oil and natural gas properties and related contracts from third-parties. The Debtors have made commercially reasonable efforts to include all such agreements and/or accurately disclose parties

to such agreements.  Notwithstanding such efforts, there may be omissions and inaccuracies with respect to such disclosures due to the age, volume or state of the records that the Debtors received in connection with the applicable transaction.

(l)     **Schedule H – Co-Debtors.**  The Debtors have not listed any litigation-related co-Debtors on Schedule H.  Instead, all such listings can be found on the Debtors' Schedules E/F.

6.     <u>**Specific Statements Disclosures.**</u>

(a)     **Statements, Part 1, Question 1 – Income.**  The Debtors reported income from January 1, 2019 to July 31, 2019.  The Debtors did not include estimated income for the period August 1, 2019 through the Petition Date.

(b)     **Statements, Part 2, Question 3 – Payments and Transfers to Certain Creditors within 90 Days.**  The dates set forth in the "Dates" column relate to one of the following: (i) the date of a wire transfer; (ii) the date of an "ACH" processing; or (iii) the check date.  Prior to the Petition Date, the Debtors maintained a centralized cash management system through which certain Debtors made payments on behalf of certain Debtor affiliates and certain non-debtor affiliates, as further explained in the Cash Management Motion.  Consequently, for the purpose of this schedule, payments are recorded on the Debtor's Statements, Part 2, Question 3, based on the Debtor's bank account owned.

Payments to the Debtors' bankruptcy professionals, insiders, intercompany transactions, related party transactions and donations are not included in the payments to creditors.  Payments to the aforementioned parties are included in the following locations within the Statements: bankruptcy professionals (Question 11), insider (Question 4), and intercompany (Question 4).

(c)     **Statements, Part 2, Question 4 – Payments and Transfers to Insiders.**  As set forth in more detail in the *Debtors' <u>Emergency</u> Motion For Entry Of Interim And Final Orders Authorizing Continued Performance Of Obligations Under Shared Services Arrangements* [Docket No. 10] (the "<u>Shared Services Motion</u>"), SOG provides certain operational, managerial and administrative services to the Debtors.  Moreover, the Debtors' entire workforce consists of SOG employees.  SOG provides the SSA on a pass through basis, including, among other things the Debtors' allocable share of compensation and benefits paid to such employees.  The Debtors have disclosed in Statement 4 (i) payments made by the Debtors directly to insiders and (ii) the funds transferred by the Debtors to SOG that are ultimately paid to the Debtors' insiders under the SSA.

The payroll-related amounts shown in response to this question for any salary, bonus or additional compensation, and/or severance payments are gross amounts that do not include reductions for amounts including employee tax or benefit withholdings.  For the sake of completeness and out of an abundance of caution,

the Debtors have listed transfers valued at less than $6,825 in their response to Statement Question 4.

Business travel arrangements, including flights and hotels, for certain of the Debtors' directors and officers have been paid for by the Debtors' corporate credit card. Such payments are not listed in the response to Question 4 on the Statements.

The Debtors have disclosed personal use of the Debtors assets such as use of corporate planes, ranch and sporting event tickets. The Debtors calculated the personal use based on imputed income in accordance with IRS regulations or actual costs. To the extent that the insider reimbursed the Debtors for the personal usage, the usage is not taxed and thus not disclosed. Business use of such assets has not been disclosed.

As more fully described in the Cash Management Motion, the Debtors recorded numerous intercompany transactions in their books and records each month, including cash transfers and journal entries. In addition, the Debtors record transactions with certain related parties on their books and records. Instead of listing each of these numerous transactions and entries in their Statements and Schedules for each month, the Debtors have included the net annual change between Debtor entities, non-Debtor entities, and related parties. In addition, the Debtors have separately listed any cash payments between Debtors, between Debtors and non-Debtor affiliates and between Debtors and related parties. These cash transactions are also recorded in the net annual activity listing in the Debtors' books and records.

(d)     **Statements, Part 2, Question 6 – Setoffs.** For a discussion of setoffs and nettings incurred by the Debtors, refer to paragraph 4(r) of these Global Notes.

(e)     **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** The payments provided in Question 11 are reported at the specific Debtor who made the payment. The Debtors believe that it would be an inefficient use of the assets of the estates to allocate these payments on a Debtor-by-Debtor basis.

(f)     **Statements, Part 12, Questions 22-24 – Details About Environmental Information.** The Debtors have endeavored to disclose all applicable information in response to Statements, Part 12, Questions 22–24. However, at some locations, the Debtors no longer have any active operations and may no longer have relevant records, or the records may no longer be complete or reasonably accessible or reviewable. In some cases, statutory document retention periods have passed. This response also does not cover: (i) periodic information requests, investigations, or inspections from governmental units concerning compliance with environmental laws; or (ii) routine reports and submissions concerning permitted discharges resulting from routine operations where such reports and submissions were made in compliance with regulatory requirements, such as monthly discharge monitoring reports. For all these reasons, it may not be possible to identify and supply the

requested information for all of the requested information that is responsive to Statements Part 12, Questions 22-24.

(g)    **Statements, Part 13, Question 26 – Books, Records, and Financial Statements.** The Debtors provide certain parties, such as banks, auditors, potential investors, vendors, and financial advisors, with financial statements that may not be part of a public filing. The Debtors do not maintain complete lists or other records tracking such disclosures. Therefore, the Debtors have not provided full lists of these parties in their Responses to Statement, Part 13, Question 26.

(h)    **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Distributions by the Debtors to their respective directors and officers are listed on the attachment to Question 4. Certain directors and executive officers of the Debtors are also directors and executive officers of certain Debtor and non-Debtor affiliates. To the extent payments to such individuals are not listed in the response to Question 4 on the Statements for such Debtor affiliates, they did not receive payment for their services as directors or executive officers of these entities. Certain of the Debtors' directors and executive officers received payments net of tax withholdings in the year preceding the Petition Date. The amounts listed under Question 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

*     *     *     *     *

**Fill in this information to identify the case:**

Debtor name  SN Palmetto, LLC

United States Bankruptcy Court for the: Southern _____ District of Texas

Case number (If known):  19-34509 _____

The Global Notes, Methodology and Specific Disclosures Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs (Schedules and Statements) are an integral part of the Schedules and Statements and should be reviewed in conjunction therewith.

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................................................................
   $ _____213,639,113.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................
   $ _____145,812,130.77
   + undetermined amounts

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ....................................................................................................
   $ _____359,451,243.77
   + undetermined amounts

---

**Part 2:**   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................
   $ _____525,684,959.31
   + undetermined amounts

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................
   $ _____0.00
   + undetermined amounts

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...........................................
   **+** $ _____1,814,661,842.50

4. **Total liabilities**..................................................................................................................................
   Lines 2 + 3a + 3b
   $ _____2,340,346,801.81
   + undetermined amounts

---

**Fill in this information to identify the case:**

Debtor name  SN Palmetto, LLC

United States Bankruptcy Court for the: Southern _____ District of Texas

Case number (If known):  19-34509 _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

1. **Does the debtor have any cash or cash equivalents?**

   ☒ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ____ ____ ____ ____ | $_____ |
| 3.2. _____ | _____ | ____ ____ ____ ____ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____  $_____
   4.2. _____  $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $_____ 0.00

| Part 2: | Deposits and prepayments |
|---------|--------------------------|

6. **Does the debtor have any deposits or prepayments?**

   ☒ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____  $_____
   7.2. _____  $_____

Debtor    SN Palmetto, LLC_____    Case number (if known) 19-34509_____

Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                           $_____0.00

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

| 11a. 90 days old or less: | 7,269,980.93 | – | 0.00 | = ........➔ | $ 7,269,980.93 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | _____ | – | _____ | = ........➔ | $ 0.00 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                  $ 7,269,980.93

| **Part 4:** | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| 14.1. _____ | _____ | $_____ |
|---|---|---|
| 14.2. _____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                       % of ownership:

| 15.1._____ | _____% | _____ | $_____ |
|---|---|---|---|
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| 16.1._____ | _____ | $_____ |
|---|---|---|
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.                  $_____0.00

Debtor   SN Palmetto, LLC _____   Case number (*if known*)  19-34509 _____
          Name

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor ___SN Palmetto, LLC_____         Case number (if known) __19-34509_____
         Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
    ☑ No. Go to Part 8.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $_____0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    SN Palmetto, LLC
_____    Case number (if known)_____19-34509_____
          Name

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49.  **Aircraft and accessories**

| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| _____ | $_____ | _____ | $_____ |

51.  **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | | | $_____0.00 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor     SN Palmetto, LLC
           _____     Case number (if known)   19-34509   _____
           Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 See Attached Rider | _____ | $ 213,639,113.00 | Net Book Value | $ 213,639,113.00 |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 213,639,113.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** <br> None | $ _____ | _____ | $ 0.00 |
| 61. **Internet domain names and websites** <br> None | $ _____ | _____ | $ 0.00 |
| 62. **Licenses, franchises, and royalties** <br> See Attached Rider | $ 0.00 | _____ | $ 0.00 <br> + undetermined amounts |
| 63. **Customer lists, mailing lists, or other compilations** <br> None | $ _____ | _____ | $ 0.00 |
| 64. **Other intangibles, or intellectual property** <br> None | $ _____ | _____ | $ 0.00 |
| 65. **Goodwill** <br> None | $ _____ | _____ | $ 0.00 |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00
+ undetermined amounts

Debtor    SN Palmetto, LLC                                          Case number (if known)   19-34509
          Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
- ☒ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☒ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☒ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| 71. **Notes receivable** | | | |
| Description (include name of obligor) | | | |
| None _____ **–** _____ **= →** | | | $ 0.00 |
| Total face amount   doubtful or uncollectible amount | | | |
| 72. **Tax refunds and unused net operating losses (NOLs)** | | | |
| Description (for example, federal, state, local) | | | |
| None _____ | Tax year _____ | | $ 0.00 |
| _____ | Tax year _____ | | $ _____ |
| _____ | Tax year _____ | | $ _____ |
| 73. **Interests in insurance policies or annuities** | | | |
| See Attached Rider | | | $ 0.00 |
| | | | + undetermined amounts |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | | | |
| None | | | $ 0.00 |
| **Nature of claim** _____ | | | |
| **Amount requested** $ _____ | | | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | | |
| None | | | $ 0.00 |
| **Nature of claim** _____ | | | |
| **Amount requested** $ _____ | | | |
| 76. **Trusts, equitable or future interests in property** | | | |
| None | | | $ 0.00 |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | | | |
| See Attached Rider | | | $ 138,542,149.84 |
| | | | $ _____ |
| 78. **Total of Part 11.** | | | |
| Add lines 71 through 77. Copy the total to line 90. | | | $ 138,542,149.84 |
| | | | + undetermined amounts |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

Debtor    SN Palmetto, LLC
          _____        Case number (if known)____ 19-34509
          Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $_____0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $____7,269,980.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $_____0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................ ➜ | | $____213,639,113.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $_____0.00<br>+ undetermined amounts | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $____138,542,149.84<br>+ undetermined amounts | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $____145,812,130.77<br>+ undetermined amounts | **+** 91b. $____213,639,113.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................ $____359,451,243.77
+ undetermined amounts

Debtor Name: SN Palmetto, LLC

Case Number: 19-34509

Part 9, Question 55: Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Lease No. / Contract Code | Lease/Contract Type | Lessor/Counter Party Name | Lessee Name/Counter Party Name | Lease/Contract Date | NET ACS | State | County |
|---|---|---|---|---|---|---|---|
| T0507003-003 | LAND LEASE | HARRIS, RONALD W., ET AL | AMERITEX MINERALS INC | 07/07/2008 | 80.0000 | TX | Zavala |
| T0507005-001 | LAND LEASE | TEXAS OSAGE ROYALTY POOL, INC. | AMERITEX MINERALS INC | 08/14/2007 | 225.7200 | TX | Zavala |
| T0507003-002 | LAND LEASE | THE PATSY H. MIDDLETON FAMILY PARTN | AMERITEX MINERALS INC | 11/15/2007 | 160.0000 | TX | Zavala |
| T0507005-002 | LAND LEASE | THE PROSPECT COMPANY | AMERITEX MINERALS INC | 07/12/2007 | 178.0537 | TX | Zavala |
| T0463047-005 | LAND LEASE | HEATHER, SARAH L. | AUGUSTUS MAY ENERGY INC | 12/23/2008 | 0.1350 | TX | Gonzales |
| T0463047-002 | LAND LEASE | JAMES L. COCKRUM, IND & AS EXE | AUGUSTUS MAY ENERGY INC | 12/23/2008 | 0.1350 | TX | Gonzales |
| T0463047-003 | LAND LEASE | LORD, CARL THOMAS | AUGUSTUS MAY ENERGY INC | 12/23/2008 | 0.1350 | TX | Gonzales |
| T0463048-001 | LAND LEASE | LORD, CARL THOMAS, ET AL | AUGUSTUS MAY ENERGY INC | 12/23/2008 | 22.7345 | TX | Gonzales |
| T0463047-001 | LAND LEASE | LORD, GEORGE EUGENE | AUGUSTUS MAY ENERGY INC | 12/23/2008 | 0.1350 | TX | Gonzales |
| T0463047-004 | LAND LEASE | LORD, ROBERT J., ET UX | AUGUSTUS MAY ENERGY INC | 12/23/2008 | 0.1350 | TX | Gonzales |
| T0463049 | LAND LEASE | LORD, ROBERT J., ET UX | AUGUSTUS MAY ENERGY INC | 12/23/2008 | 73.4760 | TX | Gonzales |
| T0463048-002 | LAND LEASE | SAGER, JOHN CLAY, ET UX | AUGUSTUS MAY ENERGY INC | 12/23/2008 | 2.5261 | TX | Gonzales |
| T0463015 | LAND LEASE | RUDDOCK VACCINATING SERVICES | CZAR RESOURCES INC | 10/23/1980 | 121.9750 | TX | Gonzales |
| T0463045 | LAND LEASE | KOENNING, ROY ALLEN | EOG RESOURCES INC | 02/10/2009 | 89.9795 | TX | Gonzales |
| T0463008-001 | LAND LEASE | EYHORN, JAMES MARTIN, ET AL | HILCORP ENERGY I L.P | 03/02/2010 | 5.7275 | TX | Gonzales |
| T0463043 | LAND LEASE | MILLS, JAMES ROYCE, ET UX | HILCORP ENERGY I L.P | 04/22/2010 | 25.6235 | TX | Gonzales |
| T0463007 | LAND LEASE | WARD, ESMA JEAN, INDV. & TTEE | HILCORP ENERGY I L.P | 03/05/2010 | 160.0000 | TX | Gonzales |
| T0463039 | LAND LEASE | FREEMAN, CHARLES F., ET UX | JIM BURGIN & ASSOCIATES INC | 02/04/1990 | 11.1567 | TX | Gonzales |
| T0463038 | LAND LEASE | FREEMAN, MILDRED LOWE | JIM BURGIN & ASSOCIATES INC | 02/04/1990 | 10.3245 | TX | Gonzales |
| T0463040-001 | LAND LEASE | HINES, MILTON D., ET UX | LUCAS ENERGY INC | 05/09/2008 | 2.6393 | TX | Gonzales |
| T0463010 | LAND LEASE | RUDDOCK VACCINATING SERVICES | LUCAS ENERGY INC | 01/25/2007 | 174.6580 | TX | Gonzales |
| T0463003-013 | LAND LEASE | BROWN, EMMET, ET AL, BY & THROUGH | MARATHON OIL EF LLC | 08/07/2013 | 2.3967 | TX | Gonzales |
| T0463003-008 | LAND LEASE | BRY, MARVIN | MARATHON OIL EF LLC | 05/16/2012 | 0.2686 | TX | Gonzales |
| T0463003-010 | LAND LEASE | BUNCH, CANDACE SCOTT | MARATHON OIL EF LLC | 04/04/2013 | 11.0448 | TX | Gonzales |
| T0463003-006 | LAND LEASE | ESTATE OF WILLIAM A KRAUSE, DE | MARATHON OIL EF LLC | 06/19/2012 | 0.5372 | TX | Gonzales |
| T0463003-012 | LAND LEASE | JACKSON, CHARLES LEE | MARATHON OIL EF LLC | 02/10/2013 | 1.2272 | TX | Gonzales |
| T0463008-002 | LAND LEASE | MCCLEESE, FRANK S., ET AL | MARATHON OIL EF LLC | 04/05/2012 | 2.6075 | TX | Gonzales |
| T0463044 | LAND LEASE | NIXON-SMILEY CONSOLIDATED ISD | MARATHON OIL EF LLC | 12/12/2012 | 1.1285 | TX | Gonzales |
| T0463003-005 | LAND LEASE | ROGER D. KRAUSE FAMILY PARTNER | MARATHON OIL EF LLC | 05/21/2012 | 0.5372 | TX | Gonzales |
| T0463003-009 | LAND LEASE | RUTSTEIN, JUDY BRY | MARATHON OIL EF LLC | 05/16/2012 | 0.2686 | TX | Gonzales |
| T0463003-011 | LAND LEASE | THOMPSON, BRENDA STRAIT, ET AL | MARATHON OIL EF LLC | 02/07/2013 | 9.8176 | TX | Gonzales |
| T0463003-007 | LAND LEASE | WEINBERG, CAROLYN JUDITH ALPERT | MARATHON OIL EF LLC | 05/24/2012 | 0.5372 | TX | Gonzales |
| T0463034-001 | LAND LEASE | DENNIS H. & OPAL LEE GILL TRUS | MODERN EXPLORATION INC | 09/12/2008 | 7.2998 | TX | Gonzales |
| T0463033 | LAND LEASE | KASPAR HERITAGE RESOURCES LP | MODERN EXPLORATION INC | 10/19/2007 | 13.8338 | TX | Gonzales |
| T0463034-002 | LAND LEASE | MILLER, WILLIAM H., ET UX | MODERN EXPLORATION INC | 09/12/2008 | 7.2998 | TX | Gonzales |
| T0507011 | LAND LEASE | WARE, J.K., ET UX | N A MAFFI | 05/03/1948 | 1,006.7291 | TX | Zavala |
| T0463014 | LAND LEASE | RUDDOCK VACCINATING SERVICE IN | PALOMA PRODUCTION COMPANY | 08/01/1979 | 14.0250 | TX | Gonzales |
| T0507001 | LAND LEASE | GOODWIN, PHILLIP A. | RATTLER OIL & GAS CORP | 06/08/2005 | 741.0500 | TX | Zavala |
| T0507002 | LAND LEASE | MARK & SANDRA, LTD. | RATTLER OIL & GAS CORP | 06/08/2005 | 332.2300 | TX | Zavala |
| T0462069-001 | LAND LEASE | ADAMS, PATRICIA RAY, ET AL | SANCHEZ OIL & GAS CORPORATION | 03/26/2008 | 1,480.2500 | TX | Zavala |
| T0507003-001 | LAND LEASE | MARK & SANDRA, LTD. | SANCHEZ OIL & GAS CORPORATION | 01/15/2008 | 723.0400 | TX | Zavala |
| T0507004-008 | LAND LEASE | WOODBURY TAXIDERMY, INC. | SANCHEZ OIL & GAS CORPORATION | 05/09/2008 | 104.8243 | TX | Zavala |
| T0463005 | LAND LEASE | BARNHART GRANDCHILDREN'S DEC. 1992 | SEP HOLDINGS II LLC | 08/25/2008 | 282.9595 | TX | Gonzales |
| T0463004 | LAND LEASE | BARNHART SALT CREEK, LTD. | SEP HOLDINGS II LLC | 08/25/2008 | 1,550.6450 | TX | Gonzales |
| T0463009 | LAND LEASE | BOLDUC, JOSEPH WILLIAM | SEP HOLDINGS II LLC | 06/22/2010 | 0.0000 | TX | Gonzales |
| T0507005-003 | LAND LEASE | DEVON ENERGY PRODUCTION COMPANY, L. | SEP HOLDINGS II LLC | 06/10/2008 | 69.4688 | TX | Zavala |
| T0474005 | LAND LEASE | HAUSSER, ROBERT JR, ET AL | SEP HOLDINGS II LLC | 06/07/2010 | 5,559.2000 | TX | Zavala |
| T0476004 | LAND LEASE | NEWSOM, HENRY F. | SEP HOLDINGS II LLC | 07/06/2010 | 1,903.3500 | TX | Frio |
| T0507009 | LAND LEASE | PETRO-PARDS LTD | SEP HOLDINGS II LLC | 05/12/2008 | 2,560.0000 | TX | Zavala |
| T0463003 | LAND LEASE | PILGRIM LAKE, LTD. | SEP HOLDINGS II LLC | 08/25/2008 | 4,576.9664 | TX | Gonzales |
| T0477002-001 | LAND LEASE | RAMSEY, LESLIE ANN ARMSTRONG | SEP HOLDINGS II LLC | 07/06/2010 | 0.0000 | TX | La Salle |
| T0463006 | LAND LEASE | SANDIES CREEK, LTD. | SEP HOLDINGS II LLC | 08/25/2008 | 306.7525 | TX | Gonzales |
| T0507004-016 | LAND LEASE | BAILEY, TRACEY W. | SEP HOLDINGS III LLC | 04/12/2012 | 4.3905 | TX | Zavala |
| T0507004-011 | LAND LEASE | COLLINS, MARY MARGARET WILSON | SEP HOLDINGS III LLC | 04/18/2012 | 17.5619 | TX | Zavala |
| T0507004-014 | LAND LEASE | VINCENT, TINA WILSON | SEP HOLDINGS III LLC | 04/12/2012 | 4.3905 | TX | Zavala |
| T0507004-013 | LAND LEASE | WILSON JR., TERRY WILLIAM | SEP HOLDINGS III LLC | 04/12/2012 | 4.3905 | TX | Zavala |
| T0507004-015 | LAND LEASE | WILSON, LAURA JEAN | SEP HOLDINGS III LLC | 04/12/2012 | 17.5619 | TX | Zavala |
| T0507004-010 | LAND LEASE | WILSON, NANCY P. | SEP HOLDINGS III LLC | 04/18/2012 | 17.5619 | TX | Zavala |
| T0507004-012 | LAND LEASE | WILSON, PATRICK O'NEILL | SEP HOLDINGS III LLC | 05/07/2012 | 17.5619 | TX | Zavala |
| T0507004-017 | LAND LEASE | WILSON, ROBERT GARY | SEP HOLDINGS III LLC | 04/12/2012 | 4.3905 | TX | Zavala |
| T0507004-009 | LAND LEASE | WILSON, THOMAS HALYARD | SEP HOLDINGS III LLC | 04/18/2012 | 17.5619 | TX | Zavala |
| T0463003-002 | LAND LEASE | HANDLER, SYLVIA ANN RASCHKE | THOMAS W SCHLEIER | 09/20/2010 | 0.7163 | TX | Gonzales |
| T0463003-003 | LAND LEASE | MCCASKILL, DONNA JAN | THOMAS W SCHLEIER | 09/20/2010 | 0.7163 | TX | Gonzales |
| T0463003-004 | LAND LEASE | SIMPSON, LYNNE MARIE RASCHKE | THOMAS W SCHLEIER | 09/20/2010 | 0.7163 | TX | Gonzales |
| T0463017 | LAND LEASE | GRIFFIN JR, GEORGE GREGORY | TRT ENERGY HOLDINGS INC | 11/09/1989 | 128.7750 | TX | Gonzales |
| T0463016 | LAND LEASE | MILLS, JAMES E., ET UX | TRT ENERGY HOLDINGS INC | 10/27/1989 | 7.2250 | TX | Gonzales |
| T0463ACUN-013 | WELL TRACT DESIGNATION | LONESTAR OPERATING LLC | SN PALMETTO LLC | 10/30/2013 | N/A | TX | Gonzales |
| T0463ACUN-013 | WELL TRACT DESIGNATION | SEP HOLDINGS IV LLC | SN PALMETTO LLC | 10/30/2013 | N/A | TX | Gonzales |
| T0463ACUN-014 | WELL TRACT DESIGNATION | LONESTAR OPERATING LLC | SN PALMETTO LLC | 10/30/2013 | N/A | TX | Gonzales |

Debtor Name: SN Palmetto, LLC

Case Number: 19-34509

Part 9, Question 55: Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Lease No. / Contract Code | Lease/Contract Type | Lessor/Counter Party Name | Lessee Name/Counter Party Name | Lease/Contract Date | NET ACS | State | County |
|---|---|---|---|---|---|---|---|
| T0463ACUN-014 | WELL TRACT DESIGNATION | SEP HOLDINGS IV LLC | SN PALMETTO LLC | 10/30/2013 | N/A | TX | Gonzales |
| T0463ACUN-015 | WELL TRACT DESIGNATION | EOG RESOURCES INC | SN PALMETTO LLC | 10/02/2013 | N/A | TX | Gonzales |
| T0463ACUN-015 | WELL TRACT DESIGNATION | MARATHON OIL EF LLC | SN PALMETTO LLC | 10/02/2013 | N/A | TX | Gonzales |
| T0463SUR-001 | PIPELINE EASEMENT O&G | MARATHON OIL EF LLC | SN PALMETTO LLC | 05/08/2013 | N/A | TX | Gonzales |
| T0507ROW-003 | ROAD RIGHT OF WAY | DOLPH BRISCOE III | SN PALMETTO LLC | 04/20/2012 | N/A | TX | Zavala |
| T0507ROW-006 | ROAD RIGHT OF WAY | DOLPH BRISCOE III | SN PALMETTO LLC | 11/29/2012 | N/A | TX | Zavala |
| T0507ROW-007 | ROAD RIGHT OF WAY | DOLPH BRISCOE III | SN PALMETTO LLC | 11/29/2012 | N/A | TX | Zavala |
| | | | | | | | |
| | | **Description of Asset Account** | | | **Net Book Value** | | |
| | | Oil and Natural Gas Properties Net of Accumulated Depreciation, Depletion, Amortization, and Impairment | | | $213,639,113 | | |
| | | | | | | | |

Debtor Name: SN Palmetto, LLC                                        Case Number: 19-34509

**Assets - Real and Personal Property**

**Part 10, Question 62:** Licenses, franchises, and royalties

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Assignment of Ownership Rights in 3D Seismic Data and Data Use License Agreement, dated December 2012, by and between CML Exploration, LLC, SEP Holdings II, LLC and SEP Holdings III, LLC (now SN Palmetto, LLC) | Undetermined | Net Book Value | Undetermined |
| Geophysical Seismic Data Use License Agreement, dated December 19, 2011, by and among Sanchez Oil & Gas Corporation, Sanchez Energy Corporation, SEP Holdings III, LLC (now SN Palmetto, LLC), SN Marquis, LLC | Undetermined | Net Book Value | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

Page 1 of 1

Debtor Name: SN Palmetto, LLC                                                                                      Case Number: 19-34509

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Description | Policy type | Policy number | Current value of debtor's interest |
|---|---|---|---|
| ALLIED WORLD NATIONAL ASSURANCE CO. | DIRECTORS' & OFFICERS' LIABILITY | 0307-1830 | Undetermined |
| BEAZLEY INSURANCE CO., INC. | DIRECTORS' & OFFICERS' LIABILITY | V2579C180101 | Undetermined |
| BEAZLEY INSURANCE CO., INC. | DIRECTORS' & OFFICERS' LIABILITY | V257B0180101 | Undetermined |
| ENDURANCE AMERICAN INSURANCE CO. | DIRECTORS' & OFFICERS' LIABILITY | DOX30000888800 | Undetermined |
| FREEDOM SPECIALTY INSURANCE CO. | DIRECTORS' & OFFICERS' LIABILITY | XMF1801394 | Undetermined |
| FREEDOM SPECIALTY INSURANCE CO. | DIRECTORS' & OFFICERS' LIABILITY | XMF1808861 | Undetermined |
| ILLINOIS NATIONAL INSURANCE CO. | DIRECTORS' & OFFICERS' LIABILITY | 03-933-05-21 | Undetermined |
| ILLINOIS NATIONAL INSURANCE CO. | DIRECTORS' & OFFICERS' LIABILITY | 03-933-05-28 | Undetermined |
| LLOYD'S/RENAISSANCERE SYNDICATE 1458 | DIRECTORS' & OFFICERS' LIABILITY | ELL0150404 00 | Undetermined |
| LLOYDS/VALIDUS SYNDICATE 1183 (TALBOT) ASCOT SYNDICATE 1414 (ASCOT) | EXCESS LIABILITY POLICY | CRC240337B18 (Talbot)* EL18LB320M2X (Ascot)* | Undetermined |
| LLOYDS/VARIOUS SYNDICATES | CONTROL OF WELL / CARE, CUSTODY & CONTROL POLICY | JHB-CJP-2296ENERGY* BD-CJP-2296* Section 1 | Undetermined |
| LLOYDS/VARIOUS SYNDICATES | FACILITIES POLICY | JHB-CJP-2296ENERGY* BD-CJP-2296* Section 2 | Undetermined |
| LLOYDS/VARIOUS SYNDICATES | BUSINESS INTERRUPTION POLICY | JHB-CJP-2296ENERGY* BD-CJP-2296* Section 3 | Undetermined |
| NORTH AMERICAN SPECIALTY INSURANCE CO. | DIRECTORS' & OFFICERS' LIABILITY | DOE 2001358 01 | Undetermined |
| QBE INSURANCE CORP. | DIRECTORS' & OFFICERS' LIABILITY | QPL1147747 | Undetermined |
| ST. PAUL FIRE & MARINE INSURANCE CO. (TRAVELERS) | GENERAL LIABILITY & UMBRELLA POLICY | ZPP-81M03468-18-N4* | Undetermined |
| ST. PAUL FIRE & MARINE INSURANCE CO. (TRAVELERS) | AUTO POLICY | ZPP-31M43416-18-N4* | Undetermined |
| XL SPECIALTY INSURANCE CO. | DIRECTORS' & OFFICERS' LIABILITY | ELU159293-18 | Undetermined |
| XL SPECIALTY INSURANCE CO. | DIRECTORS' & OFFICERS' LIABILITY | ELU159296-18 | Undetermined |
| | | **TOTAL** | **$0.00 + undetermined amounts** |

*Named policyholder is Sanchez Oil & Gas Corporation

Debtor Name:        SN Palmetto, LLC                                                    Case Number:        19-34509

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Description | Current value of debtor's interest |
|---|---:|
| RELATED PARTY RECEIVABLE - SANCHEZ ENERGY PARTNERS I, LP* | $2,197.81 |
| INTERCOMPANY RECEIVABLE - SANCHEZ ENERGY CORPORATION | $138,539,952.03 |
| **TOTAL** | **$138,542,149.84** |

# *See Summary of Related Party Receivables and Payables.

Sanchez Energy Corporation, et al
Summary of Related Party Receivables and Payables
As of July 31, 2019

| Counterparty / Trading Party | Debtor | Related Party Receivable (a) | Related Party Payable (b) | Net Receivable / (Payable) |
|---|---|---|---|---|
| **Sanchez Oil & Gas Corporation** | | | | |
| Sanchez Oil & Gas Corporation | Sanchez Energy Corporation | $107,408,063 | | |
| Sanchez Oil & Gas Corporation | SN UR Holdings, LLC | $5,768,072 | | |
| Sanchez Oil & Gas Corporation | SN Payables, LLC | $292,796 | | |
| Sanchez Oil & Gas Corporation | SN Marquis, LLC | | ($49,389,028) | |
| Sanchez Oil & Gas Corporation | SN Palmetto, LLC | | ($33,168,794) | |
| Sanchez Oil & Gas Corporation | SN Catarina, LLC | | ($3,463,231) | |
| Sanchez Oil & Gas Corporation | SN Operating, LLC | | ($2,757,021) | |
| Sanchez Oil & Gas Corporation | SN EF Maverick, LLC | | ($2,699,361) | |
| Sanchez Oil & Gas Corporation | SN TMS, LLC | | ($1,792,733) | |
| Sanchez Oil & Gas Corporation | SN Cotulla Assets, LLC | | ($1,762,701) | |
| **Total - Sanchez Oil & Gas Corporation** | | $113,468,931 | ($95,032,869) | $18,436,061 |
| | | | | |
| **Sanchez Midstream Partners LP Entities** | | | | |
| Catarina Midstream, LLC | SN Catarina, LLC | | ($60,095) | |
| CEP Mid-Continent LLC | SN Operating, LLC | $14,995 | | |
| Sanchez Midstream Partners LP | Sanchez Energy Corporation | $26,975,940 | | |
| Sanchez Midstream Partners LP | SN Payables, LLC | $482 | | |
| Sanchez Midstream Partners LP | SN Operating, LLC | | ($24,026,821) | |
| Sanchez Midstream Partners LP | SN Palmetto, LLC | | ($1,606,348) | |
| Sanchez Midstream Partners LP | SN Cotulla Assets, LLC | | ($64,406) | |
| Sanchez Midstream Partners LP | SN Marquis, LLC | | ($2,000) | |
| SECO Pipeline, LLC | SN Operating, LLC | $24,679 | | |
| SECO Pipeline, LLC | SN EF Maverick, LLC | $893 | | |
| SEP Holdings IV, LLC | Sanchez Energy Corporation | $13,645,056 | | |
| SEP Holdings IV, LLC | SN Catarina, LLC | $60,095 | | |
| SEP Holdings IV, LLC | SN Operating, LLC | | ($14,499,649) | |
| **Total - Sanchez Midstream Partners LP Entities** | | $40,722,139 | ($40,259,318) | $462,821 |
| | | | | |
| **Other Related Party** | | | | |
| Sanchez Energy Partners I, LP | SN Palmetto, LLC | $2,198 | | |
| Sanchez Energy Partners I, LP | Sanchez Energy Corporation | | ($78,304) | |
| Sanchez Energy Partners I, LP | SN Operating, LLC | | ($56,795) | |
| Sanchez Oil & 2005 Employees Royalty Trust | Sanchez Energy Corporation | $10,688,255 | | |
| Sanchez Oil & 2005 Employees Royalty Trust | SN Operating, LLC | | ($14,024,696) | |
| Sanchez Oil & Gas Mexico Holdings | SN Operating, LLC | $7,876 | | |
| Santerra Holdings LLC | SN Operating, LLC | $33,396 | | |
| Santerra Resources, LLC | SN Operating, LLC | | ($26,362) | |
| SOG Partners I, LLC | SN Operating, LLC | $7,081 | | |
| SOG Partners I, LLC | Sanchez Energy Corporation | | ($258) | |
| **Total - Other Related Parties** | | $10,738,806 | ($14,186,415) | ($3,447,610) |

Notes:

**General Note:** In accordance with GAAP, the Debtors report net related party receivable and related party payable balances between legal entities.  It is the Debtors' historical practice to accumulate related party receivables and related party payables over time within related party accounts.  For example, Sanchez, for itself and on behalf of the consolidated Debtor entities, pays SOG for Joint Interest Billing ("JIB") advances as part of the SSA and records a related party receivable with SOG when the cash is paid.  SOG pays for various costs on behalf of the Debtors, which are then allocated and charged back to the specific individual entities through the JIB process.  In connection with the JIB process, related party payables are recorded in the Debtors' accounting system for the specific individual entities on whose behalf such expenses were incurred. As a result of these historical practices, the Debtors' books and records reflect various receivables and payables on account of the SSA that are offset on a consolidated basis.

While the Statements and Schedules are filed on a legal entity basis, the receivables and payables between the Debtors and SOG should be viewed on a consolidated (and net) basis due to the historical approach that mechanically allows offsetting balances to grow over time.  The Debtors have included a "Summary of Related Party Receivables and Payables" as of July 31, 2019 within Schedule A/B: Assets – Real and Personal Property Part 11 Other Assets Question 77 of each Debtor which summarizes on a consolidated basis the net related party receivable and related party payable balances between legal entities.

**(a)** Related Party Receivables are disclosed on Schedule A/B - Real and Personal Property, Part 11: Question 77 - Other property of any kind not already listed.

**(b)** Related Party Payables are disclosed within Schedule E/F: Creditors Who Have Unsecured Claims Part 2: All Creditors with Nonpriority Unsecured Claims.

**Fill in this information to identify the case:**

Debtor name SN Palmetto, LLC

United States Bankruptcy Court for the: Southern                District of Texas

Case number (If known): 19-34509

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- | --- |

**2.1** Creditor's name
DELAWARE TRUST COMPANY

Describe debtor's property that is subject to a lien

$ 517,722,222.22    $ Undetermined

Creditor's mailing address
GREGORY DANIELS, TRUST ADMINISTRATOR
CORPORATE TRUST
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

Describe the lien
Guarantor on 7.25% Senior Secured First Lien Notes dated 02/14/2018

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred  02/14/2018

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

**2.2** Creditor's name
ROYAL BANK OF CANADA

Describe debtor's property that is subject to a lien

$ 7,962,737.09    $ Undetermined

Creditor's mailing address
AGENCY SERVICES GROUP
ATTN: MANAGER AGENCY
200 BAY STREET, 12TH FLOOR
SOUTH TOWER
TORONTO, ON M5J2W7

Describe the lien
Guarantor on Senior Secured Working Capital

Creditor's email address, if known

Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred  07/10/2019

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 525,684,959.31
+ undetermined amounts

| Debtor | SN Palmetto, LLC | | Case number *(if known)* | 19-34509 |
|---|---|---|---|---|
| | Name | | | |

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.3 | **Creditor's name**<br>ROYAL BANK OF CANADA | **Describe debtor's property that is subject to a lien** | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
AGENCY SERVICES GROUP
ATTN: MANAGER AGENCY
200 BAY STREET, 12TH FLOOR
SOUTH TOWER
TORONTO, ON M5J2W7

**Describe the lien**
Guarantor on Letter of Credit in the Amount of $17,078,144 for the benefit of Carnero G&P LLC

**Creditor's email address, if known**

**Date debt was incurred** 02/14/2019
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[ ] No
[X] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[X] Unliquidated
[ ] Disputed

| 2.4 | **Creditor's name**<br>MARATHON OIL EF LLC | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement. | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
5555 SAN FELIPE STREET
HOUSTON, TX 77056

**Describe the lien**
Delaware UCC Financing Statement Number 2017 1044541 expiring 02/15/2022

**Creditor's email address, if known**

**Date debt was incurred** Undetermined
**Last 4 digits of account number**

**Is the creditor an insider or related party?**
[X] No
[ ] Yes

**Is anyone else liable on this claim?**
[X] No
[ ] Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
[X] No
[ ] Yes. Have you already specified the relative priority?

    [ ] No. Specify each creditor, including this creditor, and its relative priority.

    [ ] Yes. The relative priority of creditors is specified on lines

**As of the petition date, the claim is:**
Check all that apply.
[X] Contingent
[ ] Unliquidated
[X] Disputed

Debtor __SN Palmetto, LLC_____     Case number (if known) __19-34509__
           Name

| Part 1: | **Additional Page** | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially
from the previous page.

| 2.5 | **Creditor's name**<br>ROYAL BANK OF CANADA, AS COLLATERAL<br>TRUSTEE | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement. | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
ERNST & YOUNG TOWER, DOCUMENTATION
& SECURITY
222 BAY STREET
26TH FLOOR
TORONTO, ON M5K 1H6

**Describe the lien**
Delaware UCC Financing Statement Number 2017 4136989
expiring 11/16/2022. (Relates to orginial filing number 2012
4432300)

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
        relative priority?

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

   ☐ No. Specify each creditor, including
       this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is
       specified on lines

| 2.6 | **Creditor's name**<br>ROYAL BANK OF CANADA, AS COLLATERAL<br>TRUSTEE | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement. | $ Undetermined | $ Undetermined |

**Creditor's mailing address**
ERNST & YOUNG TOWER, DOCUMENTATION
& SECURITY
222 BAY STREET
26TH FLOOR
TORONTO, ON M5K 1H6

**Describe the lien**
Delaware UCC Financing Statement Number 2018 1056205
expiring 06/29/2021. (Relates to orginial filing number 2016
3898663)

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account
number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the
same property?**

☒ No
☐ Yes. Have you already specified the
        relative priority?

**As of the petition date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

   ☐ No. Specify each creditor, including
       this creditor, and its relative priority.

   ☐ Yes. The relative priority of  creditors is
       specified on lines

| Debtor | SN Palmetto, LLC | Case number *(if known)* | 19-34509 |
|---|---|---|---|
| | Name | | |

| **Part 1:** | **Additional Page** | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| 2.7 | **Creditor's name**<br>ROYAL BANK OF CANADA, AS COLLATERAL TRUSTEE | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement. | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
ERNST & YOUNG TOWER, DOCUMENTATION
& SECURITY
222 BAY STREET
26TH FLOOR
TORONTO, ON M5K 1H6

**Describe the lien**
Delaware UCC Financing Statement Number 2018 1056122 expiring 02/14/2023

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

　☐ Yes. The relative priority of  creditors is specified on lines

| 2.8 | **Creditor's name**<br>BURLINGTON RESOURCES OIL & GAS COMPANY LP | **Describe debtor's property that is subject to a lien**<br>As provided in the UCC Financing Statement. | $ Undetermined | $ Undetermined |
|---|---|---|---|---|

**Creditor's mailing address**
600 N DAIRY ASHFORD RD
HOUSTON, TX 77079

**Describe the lien**
Delaware UCC Financing Statement Number 20153696373 expiring 08/24/2020

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**   Undetermined
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

　☐ Yes. The relative priority of  creditors is specified on lines

Debtor   SN Palmetto, LLC
                Name

Case number (if known)  19-34509

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no other need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| ROYAL BANK OF CANADA<br>ATTN: MANAGER TRADE PRODUCTS<br>200 VESSEY STREET<br>12TH FLOOR<br>NEW YORK, NY 10281-8098 | Line 2 | |
| ROYAL BANK OF CANADA<br>ATTN: MANAGER TRADE PRODUCTS<br>200 VESSEY STREET<br>12TH FLOOR<br>NEW YORK, NY 10281-8098 | Line 3 | |
| ROYAL BANK OF CANADA<br>ATTN: DON MCKINNERNEY<br>2800 POST OAK BOULEVARD, SUITE 3900<br>HOUSTON, TX 77056 | Line 3 | |
| ROYAL BANK OF CANADA<br>ATTN: DON MCKINNERNEY<br>2800 POST OAK BOULEVARD, SUITE 3900<br>HOUSTON, TX 77056 | Line 2 | |

**Fill in this information to identify the case:**

Debtor    SN Palmetto, LLC

United States Bankruptcy Court for the: Southern    District of Texas

Case number   19-34509
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
COTULLA ISD
310 N MAIN ST
COTULLA, TX 78014

As of the petition filing date, the claim is:   $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.2**   Priority creditor's name and mailing address
SECRETARY OF STATE OF LOUISIANA
COMMERCIAL DIVISION
PO BOX 94125
BATON ROUGE, LA 70804-9125

As of the petition filing date, the claim is:   $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Franchise Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.3**   Priority creditor's name and mailing address
ZAVALA COUNTY APPRAISAL DISTRICT
323 WEST ZAVALA STREET
CRYSTAL CITY, TX 78839

As of the petition filing date, the claim is:   $ _____ Undetermined    $ _____ Undetermined
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**
Property Tax Claim

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | SN Palmetto, LLC | Case number *(if known)* | 19-34509 |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td colspan="2"><strong>List All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
DELAWARE TRUST COMPANY
GREGORY DANIELS, TRUST ADMINISTRATOR
CORPORATE TRUST
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Guarantor on 7.75% Senior Notes due 2021

$ 607,233,333.33

| Date or dates debt was incurred | 06/13/2013 |
| Last 4 digits of account number | __ __ __ __ |

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
DELAWARE TRUST COMPANY
GREGORY DANIELS, TRUST ADMINISTRATOR
CORPORATE TRUST
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Guarantor on 6.125% Senior Notes due 2023

$ 1,190,305,902.78

| Date or dates debt was incurred | 06/27/2014 |
| Last 4 digits of account number | __ __ __ __ |

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
SANCHEZ MIDSTREAM PARTNERS LP
1000 MAIN ST, STE 3000
HOUSTON, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Related Party Payable

$ 1,606,347.83

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | __ __ __ __ |

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
SANCHEZ OIL & GAS CORPORATION
1000 MAIN STREET, SUITE 3000
HOUSTON, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Related Party Payable

$ 33,168,793.59

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | __ __ __ __ |

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
SN EF MAVERICK, LLC
1000 MAIN STREET, SUITE 3000
HOUSTON, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

$ 906.66

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | __ __ __ __ |

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
SN OPERATING, LLC
1000 MAIN STREET, SUITE 3000
HOUSTON, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Intercompany Payable

$ 17,121,699.73

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | __ __ __ __ |

Is the claim subject to offset?
☐ No
☐ Yes

Debtor      SN Palmetto, LLC
               <u>Name</u>                                                              Case number *(if known)* __19-34509__

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

Debtor      SN Palmetto, LLC
            Name                                                    Case number *(if known)* 19-34509

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|--------------------------------------------------------------|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. |  | $ 0.00 <br> + undetermined amounts |
| 5b. **Total claims from Part 2** | 5b. | **+** | $ 1,849,436,983.92 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. |  | $ 1,849,436,983.92 <br> + undetermined amounts |

**Fill in this information to identify the case:**

Debtor name  SN Palmetto, LLC

United States Bankruptcy Court for the: Southern                    District of Texas

Case number (If known):  19-34509                    Chapter  11

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases         12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | **State what the contract or lease is for and the nature of the debtor's interest** | Pooled Unit Agreement Barnhart (EF) G Unit Dated 04/01/2013 | BARNHART RANCH MINERALS L.P. 2121 SAGE ROAD, SUITE 333 HOUSTON, TX 77056 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.2** | **State what the contract or lease is for and the nature of the debtor's interest** | Pooled Unit Agreement Barnhart (EF) K Unit Dated 04/01/2013 | BARNHART RANCH MINERALS L.P. 2121 SAGE ROAD, SUITE 333 HOUSTON, TX 77056 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.3** | **State what the contract or lease is for and the nature of the debtor's interest** | Pooled Unit Agreement Barnhart (EF) Unit Dated 04/01/2013 | BARNHART RANCH MINERALS L.P. 2121 SAGE ROAD, SUITE 333 HOUSTON, TX 77056 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.4** | **State what the contract or lease is for and the nature of the debtor's interest** | Pooled Unit Agreement Barnhart (EF) D Unit Dated 04/01/2013 | BARNHART RANCH MINERALS L.P. 2121 SAGE ROAD, SUITE 333 HOUSTON, TX 77056 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| **2.5** | **State what the contract or lease is for and the nature of the debtor's interest** | POOLING/UNIT AGREEMENT | BURLINGTON RESOURCES OIL & GAS CO 801 CHERRY STREET STE 200 FORT WORTH, TX 76102-6842 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor ____SN Palmetto, LLC_____     Case number *(if known)*___19-34509_____
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGMT | BURLINGTON RESOURCES OIL & GAS CO<br>801 CHERRY STREET STE 200<br>FORT WORTH, TX 76102-6842 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGMT | BXP PARTNERS IV LP<br>PO BOX 7227<br>DALLAS, TX 75209 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Purchase Agreement | CITIGROUP GLOBAL MARKETS INC., AS REPRESENTATIVE OF THE SEVERAL INITIAL PURCHASERS LISTED IN SCHEDULE 1<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Assignment of Ownership Rights in 3D Seismic Data and Data Use License Agreement | CML EXPLORATION LLC<br>901 MOPAC EXPRESSWAY SOUTH  SUITE 430<br>AUSTIN, TX 78746 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Registration Rights Agreement | CREDIT SUISSE SECURITIES (USA) LLC<br>ATTN: GENERAL COUNSEL<br>200 VESEY STREET<br>12TH FLOOR<br>NEW YORK, NY 10281 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | First Supplement Indenture | DELAWARE TRUST COMPANY<br>ATTN: TRUST ADMINISTRATION<br>2711 CENTERVILLE RD., SUITE 400<br>WILMINGTON , DE 19808 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Third Supplemental Indenture | DELAWARE TRUST COMPANY<br>ATTN: TRUST ADMINISTRATION<br>2711 CENTERVILLE RD., SUITE 400<br>WILMINGTON , DE 19808 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor ___SN Palmetto, LLC_____   Case number *(if known)* __19-34509_____
Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Second Supplemental Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Fourth Supplemental Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | First Supplemental Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | First Supplemental Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Second Supplemental Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor      SN Palmetto, LLC
             Name                                                                        Case number (if known)   19-34509

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | First Supplemental Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Third Supplemental Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Fourth Supplemental Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | First Supplemental Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | Third Supplemental Indenture | DELAWARE TRUST COMPANY ATTN: TRUST ADMINISTRATION 2711 CENTERVILLE RD., SUITE 400 WILMINGTON , DE 19808 |
| | State the term remaining List the contract number of any government contract | | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | Indenture | DELAWARE TRUST COMPANY ATTN: CORPORATE TRUST ADMINISTRATION 251 LITTLE FALLS DRIVE WILMINGTON, DE 19808 |
| | State the term remaining List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | ACREAGE EXCHANGE AGMT | EOG RESOURCES INC PO BOX 840321 DALLAS, TX 75284-0321 |
| | State the term remaining List the contract number of any government contract | | |

Debtor ____SN Palmetto, LLC_____     Case number *(if known)*___19-34509_____
  Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | WATER USAGE AGREEMENT | JAMN VENTURES L.L.C.<br>C/O JOSEPH BLACKMON<br>1253 PHANTOM VALLEY<br>SAN ANTONIO, TX 78232 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | WATER USAGE AGREEMENT | JOANN D LAXSON<br>PO BOX 649<br>CRYSTAL CITY, TX 78839 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGMT | JWT RESOURCES I LTD<br>999 E BASSE RD STE 180<br>BOX #528<br>SAN ANTONIO, TX 78209 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Novation Agreement | MACQUARIE BANK LIMITED<br>ATTN: LEGAL RISK MANAGEMENT DIVISION<br>1 MARTIN PLACE<br>SYDNEY, NSW 2000<br>AUSTRALIA |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | 2013 Amendment to JOA | MARATHON OIL COMPANY<br>5555 SAN FELIPE<br>HOUSTON , TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | 2015 Amendment to JOA Casing Point Election Provision | MARATHON OIL COMPANY<br>5555 SAN FELIPE<br>HOUSTON , TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | 2014 Amendment to JOA Casing Point Election Provision | MARATHON OIL COMPANY<br>5555 SAN FELIPE<br>HOUSTON , TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    SN Palmetto, LLC                                    Case number (if known)   19-34509
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Barnhart Facility Agreement | MARATHON OIL COMPANY 5555 SAN FELIPE HOUSTON , TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Letter Agreement Regarding Amendment to JOA dated March 14, 2012 | MARATHON OIL COMPANY 5555 SAN FELIPE HOUSTON , TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to JOA | MARATHON OIL COMPANY 5555 SAN FELIPE HOUSTON , TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | 2013 Amendment to JOA Casing Point Election Provision | MARATHON OIL COMPANY 5555 SAN FELIPE HOUSTON , TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | Amendment to Barnhart Facility Agreement | MARATHON OIL COMPANY 5555 SAN FELIPE HOUSTON, TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | Pooled Unit Agreement Barnhart (EF) L Unit  Dated 04/01/2013 | MARATHON OIL EF LLC 5555 SAN FELIPE STREET HOUSTON , TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | Pooled Unit Agreement Barnhart (EF) G Unit Dated 04/01/2013 | MARATHON OIL EF LLC 5555 SAN FELIPE STREET HOUSTON , TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    SN Palmetto, LLC                                          Case number (if known)   19-34509
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | Declaration of Pooled Unit Barnhart (EF) C Unit  Dated 11/01/2012 | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.42 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Pooled Unit Agreement Barnhart (EF) D Unit | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.43 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Pooled Unit Agreement Barnhart (EF) K Unit | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.44 | State what the contract or lease is for and the nature of the debtor's interest | Pooled Unit Agreement Barnhart (EF) A Unit  Dated 09/15/2012 | MARATHON OIL EF LLC<br>5555 SAN FELIPE STREET<br>HOUSTON , TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.45 | State what the contract or lease is for and the nature of the debtor's interest | First Amendment to Declaration of Pooled Unit Barnhart (EF) C Unit Dated 11/01/2012 | MARATHON OIL EF LLC<br>5555 SAN FELIPE/MAILSTOP 34:08<br>HOUSTON , TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.46 | State what the contract or lease is for and the nature of the debtor's interest | Second Amendment to Pooled Unit Agreement Barnhart (EF) K Unit | MARATHON OIL EF LLC<br>5555 SAN FELIPE/ MAILSTOP 34:08<br>HOUSTON , TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.47 | State what the contract or lease is for and the nature of the debtor's interest | Pooled Unit Agreement Barnhart (EF) Unit  Dated 04/01/2013 | MARATHON OIL EF LLC<br>5555 SAN FELIPE STREET<br>HOUSTON , TX 77056 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor     SN Palmetto, LLC
                Name

Case number (if known)  19-34509

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | Pooled Unit Agreement Barnhart (EF) D Unit  Dated 04/01/2013 | MARATHON OIL EF LLC<br>5555 SAN FELIPE STREET<br>HOUSTON , TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | Declaration of Pooled Unit Barnhart (EF) J Unit  Dated 04/01/2013 | MARATHON OIL EF LLC<br>5555 SAN FELIPE STREET<br>HOUSTON , TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Pooled Unit Agreement Barnhart (EF) L Unit  Dated 04/01/2013 | MARATHON OIL EF LLC<br>5555 SAN FELIPE STREET<br>HOUSTON , TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Declaration of Pooled Unit Barnhart (EF) E Unit  Dated 04/01/2013 | MARATHON OIL EF LLC<br>5555 SAN FELIPE STREET<br>HOUSTON , TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | Pooled Unit Agreement Barnhart (EF) K Unit  Dated 04/01/2013 | MARATHON OIL EF LLC<br>5555 SAN FELIPE STREET<br>HOUSTON , TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | Marketing Agreement  Dated 05/08/2013 | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON , TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | Barnhart Facility Agreement  Dated 05/08/2013 | MARATHON OIL EF LLC<br>ATTN: DICK MENDEL<br>5555 SAN FELIPE<br>HOUSTON , TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor     SN Palmetto, LLC
           _____     Case number (if known)  19-34509
           Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.55 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.56 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.57 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.58 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.59 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.60 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.61 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor  SN Palmetto, LLC
        Name                                                Case number (if known)  19-34509

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.62 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.63 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.64 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | PARTICIPATION AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor   SN Palmetto, LLC
Name                                                           Case number (if known)   19-34509

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | MARKETING AGREEMENT (OIL-GAS) | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGMT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGMT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGMT | MARATHON OIL EF LLC<br>5555 SAN FELIPE<br>HOUSTON, TX 77056 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement | ODESSA PUMPS AND EQUIPMENT, INC.<br>ATTN: JOE LEWALLEN<br>8161 DORADO DRIVE<br>ODESSA, TX 79765 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Registration Rights Agreement | RBC CAPITAL MARKETS, LLC<br>ATTN: GENERAL COUNSEL<br>200 VESEY STREET, 9TH FLOOR<br>NEW YORK, NY 10281 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Indenture | ROYAL BANK OF CANADA - AGENCY SERVICES GROUP<br>ATTN: MANAGER AGENCY SERVICES<br>222 BAY STREET, 26TH FLOOR<br>TORONTO, ON M5K 1H6<br>CANADA |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor  SN Palmetto, LLC
_____
Name

Case number (if known) 19-34509

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Indenture | ROYAL BANK OF CANADA<br>ATTN: MANAGING DIRECTOR - GRM TRADING CREDIT RISK<br>2ND FLOOR<br>ROYAL BANK PLAZA<br>200 BAY STREET<br>TORONTO, ON M5J 2W7<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | First Supplemental Indenture | ROYAL BANK OF CANADA<br>ATTN: MANAGING DIRECTOR - GRM TRADING CREDIT RISK<br>2ND FLOOR<br>ROYAL BANK PLAZA<br>200 BAY STREET<br>TORONTO, ON M5J 2W7<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | First Supplemental Indenture | ROYAL BANK OF CANADA<br>ATTN: MANAGING DIRECTOR - GRM TRADING CREDIT RISK<br>2ND FLOOR<br>ROYAL BANK PLAZA<br>200 BAY STREET<br>TORONTO, ON M5J 2W7<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGMT | RTM PRODUCTION LLC<br>14011 BLUFF PARK DR<br>SAN ANTONIO, TX 78216 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | WATER USAGE AGREEMENT | SALVADOR SOLIZ AND WIFE<br>VIOLA SOLIZ<br>2311 CANEY FORK COURT<br>KATY, TX 77494 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement | SANCHEZ PRODUCTION PARTNERS LP<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Registration Rights Agreement | SANCHEZ PRODUCTION PARTNERS LP<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____SN Palmetto, LLC_____     Case number (if known) __19-34509_____
                    Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale Agreement  Dated 01/01/2015 | SANCHEZ PRODUCTION PARTNERS, LP<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale Agreement | SEP HOLDINGS III, LLC<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest** | Partial Wellbore Assignment and Bill of Sale  Dated 01/01/2015 | SEP HOLDINGS III, LLC<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest** | Registration Rights Agreement | SEP HOLDINGS III, LLC<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest** | Purchase and Sale Agreement  Dated 01/01/2015 | SEP HOLDINGS III, LLC<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest** | Agency Agreement | SEP HOLDINGS III, LLC<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | Agency Agreement | SEP HOLDINGS III, LLC<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | **State the term remaining**<br>**List the contract number of any government contract** | | |

Debtor    SN Palmetto, LLC
          Name                                          Case number *(if known)*  19-34509

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor      SN Palmetto, LLC
            _____        Case number (if known) __19-34509_____
            Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | POOLING/UNIT AGREEMENT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGMT | SEP HOLDINGS IV LLC<br>1801 MAIN STREET, STE 1300<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | Partial Wellbore Assignment and Bill of Sale Dated 07/01/2016 | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | Partial Wellbore Assignment and Bill of Sale Dated 07/01/2016 | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor    SN Palmetto, LLC                                         Case number *(if known)*   19-34509
          Name

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | Wellbore Assignment and Bill of Sale Dated 07/01/2016 | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | Wellbore Assignment and Bill of Sale Dated 07/01/2016 | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | Partial Wellbore Assignment and Bill of Sale  Dated 01/01/2015 | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement  Dated 01/01/2015 | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.109 | State what the contract or lease is for and the nature of the debtor's interest | Wellbore Assignment and Bill of Sale Dated 07/01/2016 | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.110 | State what the contract or lease is for and the nature of the debtor's interest | Wellbore Assignment and Bill of Sale Dated 07/01/2016 | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    SN Palmetto, LLC
Name

Case number (if known)    19-34509

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | Partial Wellbore Assignment and Bill of Sale Dated 07/01/2016 | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | Partial Wellbore Assignment and Bill of Sale Dated 07/01/2016 | SEP HOLDINGS IV, LLC<br>1000 MAIN STREET, SUITE 3000<br>HOUSTON, TX 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | Agency Agreement | SEP I, LP<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.114** | State what the contract or lease is for and the nature of the debtor's interest | Agency Agreement | SEP I, LP<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.115** | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement | SN COTULLA ASSETS, LLC<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.116** | State what the contract or lease is for and the nature of the debtor's interest | Purchase and Sale Agreement Dated 07/01/2016 | SN COTULLA ASSETS, LLC<br>1000 MAIN STREET, SUITE 3000, HOUSTON, TX, 77002 |
| | State the term remaining<br>List the contract number of any government contract | | |
| **2.117** | State what the contract or lease is for and the nature of the debtor's interest | JOINT OPERATING AGMT | US ENERCORP LTD<br>1250 NE LOOP 410<br>SUITE 500<br>SAN ANTONIO, TX 78209 |
| | State the term remaining<br>List the contract number of any government contract | | |

Debtor   SN Palmetto, LLC
         Name                                                    Case number (if known)  19-34509

█   **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** JOINT OPERATING AGMT | WALTER OIL & GAS CORPORATION<br>1100 LOUISIANA ST STE 200<br>HOUSTON, TX 77002 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

**Fill in this information to identify the case:**

Debtor name  SN Palmetto, LLC

United States Bankruptcy Court for the: Southern                    District of Texas

Case number (if known):   19-34509

☐ Check if this is an
amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☒ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Sanchez Energy Corporation | 1000 Main Street Suite 3000 Houston, TX 77002 | DELAWARE TRUST COMPANY | ☒ D<br>☒ E/F<br>☐ G |
| 2.2 Sanchez Energy Corporation | 1000 Main Street Suite 3000 Houston, TX 77002 | ROYAL BANK OF CANADA | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 SN Marquis, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | DELAWARE TRUST COMPANY | ☒ D<br>☒ E/F<br>☐ G |
| 2.4 SN Marquis, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | ROYAL BANK OF CANADA | ☒ D<br>☐ E/F<br>☐ G |
| 2.5 SN Cotulla Assets, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | DELAWARE TRUST COMPANY | ☒ D<br>☒ E/F<br>☐ G |
| 2.6 SN Cotulla Assets, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | ROYAL BANK OF CANADA | ☒ D<br>☐ E/F<br>☐ G |

| Debtor | SN Palmetto, LLC | Case number (if known) | 19-34509 |
|---|---|---|---|
| | Name | | |

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.7 | SN Operating, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | DELAWARE TRUST COMPANY | ☒ D<br>☒ E/F<br>❑ G |
| 2.8 | SN Operating, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | ROYAL BANK OF CANADA | ☒ D<br>❑ E/F<br>❑ G |
| 2.9 | SN TMS, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | DELAWARE TRUST COMPANY | ☒ D<br>☒ E/F<br>❑ G |
| 2.10 | SN TMS, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | ROYAL BANK OF CANADA | ☒ D<br>❑ E/F<br>❑ G |
| 2.11 | SN Catarina, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | DELAWARE TRUST COMPANY | ☒ D<br>☒ E/F<br>❑ G |
| 2.12 | SN Catarina, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | ROYAL BANK OF CANADA | ☒ D<br>❑ E/F<br>❑ G |
| 2.13 | Rockin L Ranch Company, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | DELAWARE TRUST COMPANY | ☒ D<br>☒ E/F<br>❑ G |
| 2.14 | Rockin L Ranch Company, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | ROYAL BANK OF CANADA | ☒ D<br>❑ E/F<br>❑ G |
| 2.15 | SN EF Maverick, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | DELAWARE TRUST COMPANY | ☒ D<br>☒ E/F<br>❑ G |
| 2.16 | SN EF Maverick, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | ROYAL BANK OF CANADA | ☒ D<br>❑ E/F<br>❑ G |
| 2.17 | SN Payables, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | DELAWARE TRUST COMPANY | ☒ D<br>☒ E/F<br>❑ G |

Debtor      SN Palmetto, LLC
            _____          Case number (if known) __19-34509_____
            Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.18  SN Payables, LLC | 1000 Main Street Suite 3000 Houston, TX 77002 | ROYAL BANK OF CANADA | ☒ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  SN Palmetto, LLC

United States Bankruptcy Court for the:  Southern _____ District of Texas

Case number (*If known*):  19-34509 _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule _____*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9/24/2019                     ✘ /s/ Cameron W. George
             MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                               Cameron W. George
                                               Printed name

                                               Executive Vice President and Chief Financial Officer
                                               Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**          145