**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | | | |
|---|---|---|---|---|
| Case Name: | SANCHEZ ENERGY CORPORATION, et al.,[1] | | Petition Date: | August 11, 2019 |
| Case Number: | 19-34508 | | | |

**Monthly Operating Report Summary for the Period Ending[2]**

| Monthly Period (USD) | 8/12-8/31 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|
| Revenues (MOR-6) | - | - | - | - | - | - | - |
| Operating Income (MOR-6) | - | - | - | - | - | - | - |
| Net Income (Loss) (MOR-6) | - | - | - | - | - | - | - |
| Payments to Insiders (MOR-9) | - | - | - | - | - | - | - |
| Payments to Professionals (MOR-9) | - | - | - | - | - | - | - |
| Total Disbursements (Exhibit A) | 154,593,548 | 183,433,776 | - | - | - | - | - |

**The jointly administered Debtors are authorized to file monthly operating reports on a combined basis, and have disbursements broken down by case number on Exhibit A attached**

**The original of this document must be filed with the United States Bankruptcy Court**

**Required Insurance Maintained**

| As of Signature Date | Check Yes / No | Exp. Date |
|---|---|---|
| Excess Liability | Yes (X) No ( ) | 4/20/2020 |
| Worker's Compensation | Yes (X) No ( ) | 10/1/2020 |
| General Liability | Yes (X) No ( ) | 4/20/2020 |
| Auto Liability | Yes (X) No ( ) | 4/20/2020 |
| Other | Yes (X) No ( ) | Various |

Are all accounts receivable being collected within terms? Yes (X) No ( )
Are all post-petition liabilities, including taxes, being paid within terms? Yes (X) No ( )
Have any pre-petition liabilities been paid? Yes (X) No ( )
If so, describe: Operating expenses, working interests and royalties, taxes, independent contractors, and all other such pre-petition liabilities as described and authorized for payment in the First Day Motions and Orders entered by the Court.
Are all funds received being deposited into DIP bank accounts? Yes (X) No ( )
Were any assets disposed of outside the normal course of business? Yes ( ) No (X)
If so, describe: N/A
What is the status of your Plan of Reorganization? In progress.

I certify under penalty of perjury that the following abbreviated Monthly Operating Report (MOR), consisting of MOR-7, MOR-8, and Exhibit A, is true and correct.

| | |
|---|---|
| Attorney Name: | Matthew D. Cavenaugh |
| Firm Name: | Jackson & Walker LLP |
| Address: | 1401 McKinney St. Suite 1900 |
| City, State, ZIP: | Houston, Texas 77010 |
| Telephone/Fax: | (713) 752-4284 |

SIGNED X  /s/ Cameron W. George   Title: Executive Vice President and Chief Financial Officer
(Original Signature)

Cameron W. George          10/21/2019
(Print Name of Signatory)      Date

**Notes:**
1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102).
2. This document represents an abbreviated MOR including MOR-7, MOR-8, and Exhibit A. The remaining schedules will be reported in accordance with the SEC quarterly reporting requirements.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Case Name: | SANCHEZ ENERGY CORPORATION, et al.,1 | Petition Date: August 11, 2019 |
| Case Number: | 19-34508 | |

**Cash Receipts and Disbursements for the Period Ending**

| | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 | 31-Jan-20 |
|---|---|---|---|---|---|---|
| Cash & Cash Equivalents - Beginning | $ 90,743,905 | $ 162,968,716 | | | | |
| **Cash Receipts** | | | | | | |
| Gross Production Receipts | 159,451,031 | 149,721,436 | | | | |
| JIB Receipts & Cash Calls | 24,946,539 | 44,330,881 | | | | |
| Other | 56,434 | 258,793 | | | | |
| **Total Cash Receipts** | $ 184,454,004 | $ 194,311,109 | $ - | $ - | $ - | $ - |
| **Cash Disbursements** | | | | | | |
| Capex | (4,879,762) | (33,068,056) | | | | |
| Lease Operating Expense | (2,931,066) | (6,877,141) | | | | |
| Gathering, Marketing, Transportation | (15,714,990) | (15,825,211) | | | | |
| Royalties & Working Interest Payments | (120,180,922) | (114,318,862) | | | | |
| Production & Ad Valorem Tax | (7,122,795) | (6,380,597) | | | | |
| G&A / Other | (2,538,299) | (5,655,779) | | | | |
| **Operating Cash Disbursements** | $ (153,367,835) | $ (182,125,648) | $ - | $ - | $ - | $ - |
| **Total Operating Cash Flow** | $ 31,086,168 | $ 12,185,461 | $ - | $ - | $ - | $ - |
| **Financing and Restructuring Related Disbursements** | | | | | | |
| Interest & Fees | - | (433,314) | | | | |
| Draw (Repayment) of Principal | - | - | | | | |
| Cash Collateralization of Letters of Credit | - | - | | | | |
| Restructuring Costs | (47,357) | (874,814) | | | | |
| Intercompany | - | - | | | | |
| **Net Cash Flow Prior to DIP Financing** | $ 31,038,811 | $ 10,877,333 | $ - | $ - | $ - | $ - |
| **Debt** | | | | | | |
| Draw (Repayment) of DIP | 41,186,000 | - | | | | |
| **Total Net Cash Flow** | $ 72,224,811 | $ 10,877,333 | $ - | $ - | $ - | $ - |
| **Ending Operating Cash Balance** | $ 162,968,716 | $ 173,846,049 | $ - | $ - | $ - | $ - |
| **Ending Restricted Cash Balance** | $ 47,357 | $ 47,357 | $ - | $ - | $ - | $ - |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Case Name: | SANCHEZ ENERGY CORPORATION, et al.,1 | Petition Date: August 11, 2019 |
| Case Number: | 19-34508 | |

**Cash Account Reconcilation**

| Bank | Legal Entity | Account # | Type | 11-Aug-19 | 31-Aug-19 | 30-Sep-19 |
|---|---|---|---|---:|---:|---:|
| JP Morgan Chase Bank | Sanchez Energy Corporation | x2021 | Operating | $ 4,185,781 | $ 51,192,938 | $ 51,192,938 |
| JP Morgan Chase Bank | SN Operating, LLC | x2252 | Revenue/ZBA | - | - | - |
| JP Morgan Chase Bank | SN Operating, LLC | x2351 | AP/ZBA | - | - | - |
| JP Morgan Chase Bank | SN Payables, LLC | x2575 | AP Operating | 3,642,097 | 4,081,257 | 4,081,257 |
| JP Morgan Chase Bank | SN Payables, LLC | x2765 | AP/ZBA | - | - | - |
| JP Morgan Chase Bank | SN EF Maverick, LLC | x2930 | Operating | 23,268,364 | 68,329,374 | 68,329,374 |
| JP Morgan Chase Bank | SN EF Maverick, LLC | x3078 | Revenue/ZBA | - | - | - |
| JP Morgan Chase Bank | SN EF Maverick, LLC | x3193 | AP/ZBA | - | - | - |
| JP Morgan Chase Bank | SN EF Maverick, LLC | x5176 | SN Marketing Activities | 42,862 | 3,520 | 3,520 |
| JP Morgan Chase Bank | SN UR Holdings, LLC | x3553 | General Corporate | 99,272 | 99,272 | 99,272 |
| JP Morgan Chase Bank | Sanchez Energy Corporation | x1092 | Money Market | - | 1,728 | 1,728 |
| JP Morgan Chase Bank | SN EF Maverick, LLC | x6268 | Money Market | - | 4,705 | 4,705 |
| JP Morgan Chase Bank | SN UR Holdings, LLC | x1853 | Money Market | 62,430,686 | 62,473,116 | 62,473,116 |
| RBC Capital Markets, LLC | SN UR Holdings, LLC | x8438 | RBC Time Deposit | - | - | - |
| RBC Capital Markets, LLC | Sanchez Energy Corporatoin | x5367 | RBC Time Deposit | - | - | - |
| RBC Capital Markets, LLC | SN UR Holdings, LLC | x9371 | Security/BLACKROCK TempFund (Fund #24) | - | - | - |
| RBC Capital Markets, LLC | SN UR Holdings, LLC | x8627 | Security/J.P. MORGAN Prime Money Market (Fund #3605) | - | - | - |
| RBC Capital Markets, LLC | SN UR Holdings, LLC | x1624 | Security/FIDELITY Prime Money Market (Fund #2014) | - | - | - |
| RBC Capital Markets, LLC | SN UR Holdings, LLC | x8928 | Security/FEDERATED Prime Obligations (Fund #10) | - | - | - |
| **Total Operating Cash** | | | | **$ 93,669,060** | **$ 186,185,909** | **$ 186,185,909** |
| JP Morgan Chase Bank | Sanchez Energy Corporation | x3178 | Restricted Cash Utilities | - | 47,357 | 47,357 |
| **Total Restricted Cash** | | | | **-** | **47,357** | **47,357** |
| **Total Bank Cash** | | | | **$ 93,669,060** | **$ 186,233,266** | **$ 186,233,266** |

**Book-To-Bank Cash Reconciliation**

| | | | |
|---|---:|---:|---:|
| Beginning Book Balance (1) | - | 90,743,905 | 162,968,716 |
| (+/-) Net Book Cash Flow (MOR-7) | - | 72,224,811 | 10,877,333 |
| **Ending Book Balance (MOR-2) (2)** | **$ 90,743,905** | **$ 162,968,716** | **$ 173,846,049** |
| (+) Restricted Cash | - | 47,357 | - |
| (+/-) Cash In Transit, Outstanding Checks, & Other | 2,925,155 | 23,217,193 | 12,387,217 |
| **Ending Bank Balance** | **$ 93,669,060** | **$ 186,233,266** | **$ 186,233,266** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: SANCHEZ ENERGY CORPORATION, et al.,1  
Case Number: 19-34508  

Petition Date: August 11, 2019

**Total Disbursements by Debtor Entity for the Period Ending**

| Debtor Case # | Legal Entity Name | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 | 31-Jan-20 | 29-Feb-20 |
|---|---|---|---|---|---|---|---|---|
| 19-34508 | Sanchez Energy Corporation | 5,960,361 | 8,811,787 | | | | | |
| 19-34509 | SN Palmetto, LLC | - | - | | | | | |
| 19-34510 | SN Marquis LLC | - | - | | | | | |
| 19-34511 | SN Cotulla Assets, LLC | - | - | | | | | |
| 19-34512 | SN Operating, LLC | 9,425,442 | 9,051,349 | | | | | |
| 19-34513 | SN TMS, LLC | - | - | | | | | |
| 19-34514 | SN Catarina, LLC | - | - | | | | | |
| 19-34515 | Rockin L Ranch Company, LLC | - | - | | | | | |
| 19-34516 | SN EF Maverick, LLC | 126,296,737 | 113,416,583 | | | | | |
| 19-34517 | SN Payables, LLC | 12,911,007 | 52,153,153 | | | | | |
| 19-34518 | SN UR Holdings, LLC | - | 904 | | | | | |
| **Total** | | $ 154,593,548 | $ 183,433,776 | - | - | - | - | - |