IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | ) ) ) | Case No. 19-34508 |
| Debtors. | ) ) ) | (Jointly Administered) |

## NOTICE OF RESET OF HEARING

**PLEASE TAKE NOTICE** that on August 12, 2019, the Debtors filed the *Emergency Motion for Entry of Interim and Final Order Authorizing Continued Performance of Obligations Under Shared Services Arrangements* ("Shared Services Motion") [ECF No. 10];

**PLEASE TAKE FURTHER NOTICE** that on August 16, 2019, the Court entered the *Interim Order Authorizing Debtors to Continue Performance of Obligations Under Shared Services Arrangements* [ECF No. 189];

**PLEASE TAKE FURTHER NOTICE** that on September 11, 2019, the Court entered the *Second Interim Order Authorizing Debtors to Continue Performance of Obligations Under Shared Services Arrangements* [ECF No. 287];

**PLEASE TAKE FURTHER NOTICE** that on October 23, 2019, the Court entered the *Third Interim Order Authorizing Debtors to Continue Performance of Obligations Under Shared Services Arrangements* ("Third Interim Order") [ECF No. 510].

**PLEASE TAKE FURTHER NOTICE** that the deadline to file objection(s) to the Shared Services Motion shall be on or before December 2, 2019 ("Objection Deadline");

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Shared Services Motion previously set for November 26, 2019 at 9:30 a.m. has been reset to **December 12, 2019 at 2:00 p.m. (prevailing Central Time)** before Judge Marvin Isgur, Courtroom No. 404, 515 Rusk Avenue, Houston, TX 77010;

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102).  The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these Chapter 11 Cases are available free of charge by visiting https://cases.primeclerk.com/sanchezenergy or by calling U.S. toll free: (844) 232-0067; International (917) 942-6393 or by email at SanchezInfo@primeclerk.com. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
Dated: November 13, 2019

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Marty L. Brimmage, Jr. (TX Bar No. 00793386) |
| Elizabeth C. Freeman (TX Bar No. 24009222) | Lacy M. Lawrence (TX Bar No. 24055913) |
| 1401 McKinney Street, Suite 1900 | 2300 N. Field Street, Suite 1800 |
| Houston, TX 77010 | Dallas, Texas 75201 |
| Telephone: (713) 752-4200 | Telephone: (214) 969-2800 |
| Facsimile: (713) 752-4221 | Facsimile: (214) 969-4343 |
| Email: mcavenaugh@jw.com | mbrimmage@akingump.com |
| Email: efreeman@jw.com | llawrence@akingump.com |

*Counsel for the Debtors and Debtors in Possession*

  - and -

Ira S. Dizengoff (*pro hac vice*)
Lisa G. Beckerman (*pro hac vice*)
Jason P. Rubin (*pro hac vice*)
Naomi Moss (*pro hac vice*)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
idizengoff@akingump.com
lbeckerman@akingump.com
jrubin@akingump.com
nmoss@akingump.com

  - and -

James Savin (*pro hac vice*)
2001 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
jsavin@akingump.com

*Counsel for the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on 13th day of November 2019, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Matthew D. Cavenaugh*
Matthew D. Cavenaugh