

ENTERED
12/12/2019

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | § | |
|---|---|---|
| In re: | § | Case No. 19-34508 (MI) |
| | § | |
| SANCHEZ ENERGY CORPORATION, *et al.*,[1] | § | Chapter 11 |
| | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |

## ORDER DIRECTING THE APPOINTMENT OF AN EXAMINER

Upon the *Ad Hoc Group of Unsecured Noteholders' Emergency Motion, Pursuant to Sections 105(a), 1104(c), and 1106(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 2007.1, for Entry of an Order Appointing an Examiner with Power to Prosecute* (the "Motion");[2] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and due and proper notice of the Motion having been provided and no further notice being needed; and the Court having determined that appointment of an examiner in the Debtors' chapter 11 cases is mandatory as the statutory predicates of 11 U.S.C. §§ 1104(c)(1) and 1104(c)(2) have been satisfied; it is hereby

**ORDERED** that, the United States Trustee (the "UST") shall, in consultation with the Debtors, the official creditors' committee (the "Committee"), the Ad Hoc Group, the ad hoc group

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

of 7.25% senior secured first lien notes due 2023 (the "Secured Note Group"), and other parties in interest, appoint an examiner to serve in these cases (the "Examiner").

**ORDERED** that the scope of the Examiner's duties shall be determined by the Court at a further hearing to be conducted on February 3, 2020 at 2:30 p.m., at which parties in interest and the Examiner may be heard   **ORDERED** that, pending the further hearing referenced in the preceding paragraph, the Examiner's initial responsibilities are only:

1. To become familiar with and educated about the Debtors, the Estates, and the issues in these cases.  In furtherance of this responsibility, the Examiner is not subject to any privilege that may be asserted by the Estates, but is also not authorized to waive the privileges of the Estates.

2. To recommend to the Court, after consultation with the parties, the scope of the Examiner's responsibilities to be determined at the further hearing.

Signed: December 12, 2019

_____
Marvin Isgur
United States Bankruptcy Judge