**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name:  SANCHEZ ENERGY CORPORATION, et al.,[1]     Petition Date:     August 11, 2019

Case Number:  19-34508

**Monthly Operating Report Summary for the Period Ending**

| Monthly Period ($ in 000s) | 8/12-8/31 | Sep-19 | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 |
|---|---|---|---|---|---|---|---|
| Revenues (MOR-6) | 23,659 | 33,519 | 33,209 | 34,970 | - | - | - |
| Operating Income (MOR-6) | (3,683) | (17,227) | (11,860) | 4,291 | - | - | - |
| Net Income (Loss) (MOR-6) | (40,904) | (37,691) | (24,287) | (2,762) | - | - | - |
| Payments to Insiders (MOR-9) | - | 158 | 148 | 173 | - | - | - |
| Payments to Professionals (MOR-9) | - | 875 | 5,395 | 900 | - | - | - |
| Total Disbursements (Exhibit A) | 154,594 | 183,434 | 229,294 | 177,892 | - | - | - |

\*\*The jointly administered Debtors are authorized to file monthly operating reports on a combined basis, and have disbursements broken down by case number on Exhibit A attached\*\*

\*\*The original of this document must be filed with the United States Bankruptcy Court\*\*

**Required Insurance Maintained**

| As of Signature Date | Check Yes / No | Exp. Date |
|---|---|---|
| Excess Liability | Yes (X) No ( ) | 4/20/2020 |
| Worker's Compensation | Yes (X) No ( ) | 10/1/2020 |
| General Liability | Yes (X) No ( ) | 4/20/2020 |
| Auto Liability | Yes (X) No ( ) | 4/20/2020 |
| Other | Yes (X) No ( ) | Various |

Are all accounts receivable being collected within terms?     Yes (X) No ( )

Are all post-petition liabilities, including taxes, being paid within terms?     Yes (X) No ( )

Have any pre-petition liabilities been paid?     Yes (X) No ( )

If so, describe     Operating expenses, working interests and royalties, taxes, independent contractors, and all other such pre-petition
liabilities as described and authorized for payment in the First Day Motions and Orders entered by the Court.

Are all funds received being deposited into DIP bank accounts?     Yes (X) No ( )

Were any assets disposed of outside the normal course of business?     Yes ( ) No (X)

If so, describe     N/A

What is the status of your Plan of Reorganization?

In progress.

| | |
|---|---|
| Attorney Name: | Matthew D. Cavenaugh |
| Firm Name: | Jackson & Walker LLP |
| Address: | 1401 McKinney St. Suite 1900 |
| City, State, ZIP: | Houston, Texas 77010 |
| Telephone/Fax: | (713) 752-4284 |

I certify under penalty of perjury that the following Monthly Operating
Report (MOR) is true and correct to the best of my knowledge.

SIGNED X     /s/ Cameron W. George          Title:     Executive Vice President and Chief Financial Officer

(Original Signature)

Cameron W. George          1/6/2020

(Print Name of Signatory)          Date

**Notes:**

1. The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102).

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | | | |
|---|---|---|---|
| Case Name: | SANCHEZ ENERGY CORPORATION, et al. | Petition Date: | August 11, 2019 |
| Case Number: | 19-34508 | | |

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS AND**

**DISCLAIMERS REGARDING THE DEBTORS' MONTHLY OPERATING REPORT**

On August 11, 2019 (the "Petition Date"), Sanchez Energy Corporation and certain of its affiliated debtors, as debtors and debtors in possession (collectively, the "Debtors"), each commenced with the United States Bankruptcy Court for the Southern District of Texas (the "Court") a voluntary case under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On August 12, 2019, the Bankruptcy Court entered an order authorizing the joint administration of these cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. On August 26, 2019, the United States Trustee for Region 7 (the "U.S. Trustee") appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code.

1. **General Methodology:** The Debtors are filing this monthly operating report (the "MOR") solely for purposes of complying with the monthly operating requirements of the Debtors' chapter 11 cases. The MOR is unaudited, limited in scope, and as such, has not been subjected to procedures that would typically be applied to financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP"). The MOR should not be relied on by any persons for information relating to current or future financial condition, events, or performance of any of the Debtors or their affiliates, as the results of operations contained herein are not necessarily indicative of results that may be expected from any other period or for the full year, and may not necessarily reflect the combined results of operations, financial position, and schedule of receipts and disbursements in the future. There can be no assurance that such information is complete, and the MOR may be subject to revision.  The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MOR.

2. **Basis of Presentation:** For financial reporting purposes, the Debtors prepare consolidated financial statements, which include information for Sanchez Energy Corporation, and its Debtor and non-debtor subsidiaries. This MOR only contains financial information of the Debtors. For the purposes of MOR reporting, the accompanying Balance Sheets and Statement of Income (Loss) of the Debtors have been prepared on a condensed combined basis. The Debtors are maintaining their books and records in accordance with U.S. GAAP and the information furnished in this MOR uses the Debtors' normal accrual method of accounting. In preparing the MOR, the Debtors relied on financial data derived from their books and records that was available at the time of preparation.  Nevertheless, in preparing this MOR, the Debtors made reasonable efforts to supplement the information set forth in their books and records with additional information concerning transactions that may not have been identified therein.  Subsequent information or discovery may result in material changes to the MOR and errors or omissions may exist. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this MOR.

3. **Reporting Period:** Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

4.   **Accuracy:** The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

5.   **Payment of Prepetition Claims Pursuant to First Day Orders:** In August and September of 2019, the Bankruptcy Court entered orders authorizing, but not directing, the Debtors to, among other things, pay certain prepetition (a) liabilities relating to continued use of their cash management system, (b) insurance obligations, (c) payments made under the shared services agreement, (d) obligations relating to independent contractors and board members,  (e) taxes, (f) operating expenses, and (g) working interests and royalties. If any payments were made on account of such claims following the commencement of these chapter 11 cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such payments have been included in this MOR unless otherwise noted.

6.   **Liabilities Subject to Compromise ("LSTC"):** LSTC represent the Debtors' estimate of prepetition claims to be resolved in connection with the chapter 11 cases.  As a result of the chapter 11 filings, the payment of prepetition liabilities are subject to compromise or other treatment under a plan of reorganization. The determination of how liabilities will ultimately be settled or treated cannot be made until the Bankruptcy Court approves a chapter 11 plan of reorganization. Accordingly, the ultimate amount of such liabilities is not determinable at this time. Prepetition liabilities that are subject to compromise under ASC 852 are preliminary and may be subject to, among other things, future adjustments depending on Court actions, further developments with respect to disputed claims, determinations of the secured status of certain claims, the values of any collateral securing such claims, rejection of executory contracts, continued reconciliation or other events.

7.   **Reorganization Items:** ASC 852 requires expenses and income directly associated with the chapter 11 filings to be reported separately in the income statement as reorganization items. Reorganization items primarily include write-off of certain original issue discount and fees relating to debt obligations classified as LSTC, expenses related to legal advisory and representation services, expenses related to debtor in possession financing, other professional consulting and advisory services, and changes in LSTC recognized as there are changes in amounts expected to be allowed as claims.  Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 proceedings, including, but not limited to, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of Title 11 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers.

8.   **Intercompany Transactions and Balance:**  Prior to the Petition Date (and subsequent to the Petition Date but only pursuant to Bankruptcy Court approval), the Debtors routinely engaged (and continue to engage) in intercompany transactions with both Debtor and non-debtor affiliates. Intercompany transactions among the Debtors have been eliminated in the financial statements contained herein. Intercompany transactions among the Debtors and the Non-Filing Entities are presented on a net balance basis.

9.   **Investment in Subsidiaries:**  The book basis for investment in subsidiaries is not representative of the fair value of the net assets of non-debtor subsidiaries. These balances are reflected in the Balance Sheets as a component of non-current assets.

10.  **Equity in Net Earnings of Subsidiaries:** The basis for equity in net earnings of subsidiaries represents the combined current period net income or loss of the non-debtor subsidiaries. These balances are reflected on the Statement of Income (Loss) as a component of Other income (expense).

11. **Insiders:** For purposes of this MOR, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in control of the Debtors; and (e) Debtor and non-Debtor affiliates of the foregoing. Moreover, the Debtors do not take a position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law, with respect to any theories of liability, or for any other purpose.

12. **Reservation of Rights:** The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name:           SANCHEZ ENERGY CORPORATION, et al.                                          Petition Date:              August 11, 2019

Case Number:         19-34508

**Comparative Balance Sheets**

| ($ in 000s) | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 | 31-Jan-20 | 29-Feb-20 |
|---|---|---|---|---|---|---|---|
| Cash and cash equivalents | 163,081 | 173,959 | 146,739 | 158,989 | | | |
| Oil and natural gas receivables | 42,216 | 42,778 | 33,594 | 40,946 | | | |
| Joint interest billings receivables | 15,655 | 10,969 | 30,951 | 14,828 | | | |
| Fair value of derivative instruments | 602 | 367 | 120 | - | | | |
| Other current assets | 26,431 | 20,978 | 16,681 | 15,671 | | | |
| **Total current assets** | 247,985 | 249,051 | 228,085 | 230,434 | - | - | - |
| | | | | | | | |
| Oil and natural gas properties | | | | | | | |
| Proved oil and natural gas properties | 2,941,363 | 2,947,641 | 2,954,241 | 2,961,394 | | | |
| Unproved oil and natural gas properties | 215,514 | 205,121 | 205,405 | 205,121 | | | |
| Less: Accumulated depreciation, depletion, amortization and impairment | (1,639,528) | (1,651,441) | (1,663,630) | (1,675,313) | | | |
| **Total oil and natural gas properties, net** | 1,517,349 | 1,501,321 | 1,496,016 | 1,491,202 | - | - | - |
| | | | | | | | |
| Right of use assets, net | 298,334 | 280,139 | 275,263 | 275,263 | | | |
| Investments - long term | 4,908 | 4,921 | 4,327 | 3,606 | | | |
| Investment in subsidiaries | 335,789 | 338,096 | 334,940 | 336,138 | | | |
| Other assets | 42,497 | 31,632 | 31,090 | 30,653 | | | |
| **Total assets** | 2,446,862 | 2,405,160 | 2,369,721 | 2,367,296 | - | - | - |

*MOR-2*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name:          SANCHEZ ENERGY CORPORATION, et al.                                    Petition Date:      August 11, 2019

Case Number:        19-34508

### Comparative Balance Sheets

| ($ in 000s) | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 | 31-Jan-20 | 29-Feb-20 |
|---|---|---|---|---|---|---|---|
| Debtor in possession financing | 50,000 | 50,000 | 50,000 | 50,000 | | | |
| Accounts payable | 4,281 | 14,372 | 12,280 | 9,417 | | | |
| Accounts payable - related entities | 3,424 | 7,745 | 4,706 | 10,449 | | | |
| Other payables | 2,878 | 16,230 | 28,757 | 24,519 | | | |
| Accrued liabilities: | | | | | | | |
|     Capital expeditures | 2,192 | 5,194 | 5,782 | 6,208 | | | |
|     Other | 20,185 | 46,909 | 56,221 | 64,870 | | | |
| Fair value of derivative instruments | 1,108 | 700 | 510 | 318 | | | |
| Right of use liability - short term | 101,742 | 109,494 | 108,964 | 108,964 | | | |
| Other current liabilities | 25,937 | 31,962 | 29,892 | 28,504 | | | |
| **Total current liabilities** | **211,747** | **282,606** | **297,112** | **303,249** | **-** | **-** | **-** |
| Asset retirement obligations | 34,157 | 34,456 | 34,683 | 34,910 | | | |
| Right of use liability - long term | 199,688 | 173,990 | 169,608 | 169,608 | | | |
| Liabilities subject to compromise | 2,445,941 | 2,398,106 | 2,377,387 | 2,372,151 | | | |
| Other liabilities | 627 | 1 | 1 | 1 | | | |
| **Total liabilities** | **2,892,160** | **2,889,159** | **2,878,791** | **2,879,919** | **-** | **-** | **-** |
| Preferred stock | 31 | 31 | 31 | 31 | | | |
| Common stock | 1,012 | 1,014 | 1,014 | 1,014 | | | |
| Additional paid-in capital | 1,371,604 | 1,371,698 | 1,371,698 | 1,371,698 | | | |
| Accumulated deficit | (1,817,945) | (1,856,742) | (1,881,813) | (1,885,366) | | | |
| **Total accumulated deficit** | **(445,298)** | **(483,999)** | **(509,070)** | **(512,623)** | **-** | **-** | **-** |
| **Total liabilities and accumulated deficit** | **2,446,862** | **2,405,160** | **2,369,721** | **2,367,296** | **-** | **-** | **-** |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

Case Name:     SANCHEZ ENERGY CORPORATION, et al.                                    Petition Date:     August 11, 2019

Case Number:     19-34508

**Schedule of Post-Petition Liabilities**

| ($ in 000s) | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 | 31-Jan-20 | 29-Feb-20 |
|---|---|---|---|---|---|---|---|
| Debtor in possession financing | 50,000 | 50,000 | 50,000 | 50,000 | | | |
| Accounts payable | 4,281 | 14,372 | 12,280 | 9,417 | | | |
| Accounts payable - related entities | 3,424 | 7,745 | 4,706 | 10,449 | | | |
| Other payables | 2,878 | 16,230 | 28,757 | 24,519 | | | |
| Accrued liabilities | | | | | | | |
| Capital expenditures | 2,192 | 5,194 | 5,782 | 6,208 | | | |
| Operating expenses | 13,488 | 21,865 | 23,295 | 30,236 | | | |
| Production and ad valorem taxes | 1,345 | 3,098 | 3,927 | 4,747 | | | |
| General and administrative expenditures | 4,653 | 20,464 | 26,733 | 26,848 | | | |
| Interest payable | 167 | 167 | 151 | 136 | | | |
| Other accrued liabilities | 532 | 1,315 | 2,115 | 2,903 | | | |
| Total accrued liabilities | 22,377 | 52,103 | 62,003 | 71,078 | - | - | - |
| Other current liabilities | 25,937 | 31,962 | 29,892 | 28,504 | - | - | - |
| **Total Post-Petition Liabilities** | **108,897** | **172,412** | **187,638** | **193,967** | **-** | **-** | **-** |

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| Case Name: | SANCHEZ ENERGY CORPORATION, et al. | | Petition Date: | August 11, 2019 |
|---|---|---|---|---|
| Case Number: | 19-34508 | | | |

**Aging of Post-Petition Liabilities and Aging of Accounts Receivable**

**($ in 000s)**

**Aging of Post-Petition Liabilities as of November 30, 2019**

| Days | Debtor in Possession Financing | Accounts Payable | Accounts Payable - Related Entities | Other Payables | Accrued Liabilities | Other current liabilities | Total |
|---|---|---|---|---|---|---|---|
| Current | 50,000 | 9,417 | 10,449 | 24,519 | 71,078 | 28,504 | 193,967 |
| 0-30 | | | | | | | - |
| 31-60 | | | | | | | - |
| 61-90 | | | | | | | - |
| 91+ | | | | | | | - |
| **Total** | **50,000** | **9,417** | **10,449** | **24,519** | **71,078** | **28,504** | **193,967** |

**Aging of Accounts Receivable as of November 30, 2019**

| Days | Oil and Natural Gas Receivables | Joint Interest Billings Receivables | Total |
|---|---|---|---|
| Current | 40,946 | 11,788 | 52,734 |
| 0-30 | | 228 | 228 |
| 31-60 | | 202 | 202 |
| 61-90 | | 104 | 104 |
| 91+ | | 2,506 | 2,506 |
| **Total** | **40,946** | **14,828** | **55,774** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name:     SANCHEZ ENERGY CORPORATION, et al.                    Petition Date:     August 11, 2019
Case Number:   19-34508

**Statement of Income (Loss) for the Period Ending**

| ($ in 000s) | 8/12-8/31 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 | 31-Jan-20 | 29-Feb-20 |
|---|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | | |
| Oil sales | 14,330 | 21,128 | 19,241 | 21,339 | | | |
| Natural gas liquid sales | 3,225 | 5,513 | 5,622 | 5,704 | | | |
| Natural gas sales | 3,714 | 5,415 | 5,309 | 5,859 | | | |
| Sales and marketing revenues | 2,391 | 1,463 | 3,037 | 2,068 | | | |
| Total revenues | 23,659 | 33,519 | 33,209 | 34,970 | - | - | - |
| **OPERATING COSTS AND EXPENSES:** | | | | | | | |
| Oil and natural gas production expenses | 11,063 | 16,400 | 16,295 | 16,004 | | | |
| Exploration expenses | 52 | - | 1,197 | 6 | | | |
| Sales and marketing expenses | 2,123 | 1,552 | 2,549 | 1,874 | | | |
| Production and ad valorem taxes | 1,445 | 1,760 | 1,675 | 2,051 | | | |
| Depreciation, depletion, amortization and accretion | 8,527 | 12,416 | 12,612 | 12,272 | | | |
| Impairment of oil and natural gas properties | - | 9,597 | - | | | | |
| Impairment of right of use assets | | | | 4,831 | - | | |
| General and administrative expenses | 4,133 | 8,608 | 5,834 | (1,528) | | | |
| Prepetition restructuring charges | - | 413 | 76 | - | | | |
| Total operating costs and expenses | 27,342 | 50,746 | 45,069 | 30,679 | - | - | - |
| **Operating loss** | **(3,683)** | **(17,227)** | **(11,860)** | **4,291** | **-** | **-** | **-** |
| **OTHER INCOME (EXPENSE):** | | | | | | | |
| Interest income | 32 | 41 | 36 | 30 | | | |
| Other expense | (1,820) | (10,314) | (159) | (532) | | | |
| Interest expense | (168) | (432) | (425) | (410) | | | |
| Equity in net earnings of subsidiaries | 5,537 | 2,308 | (3,157) | 1,198 | | | |
| Net gains on commodity derivatives | 1,392 | 1,060 | (119) | (224) | | | |
| Total other income (expense) | 4,973 | (7,337) | (3,824) | 62 | - | - | - |
| Reorganization Items | 42,194 | 13,127 | 8,603 | 7,115 | | | |
| **Net loss** | **(40,904)** | **(37,691)** | **(24,287)** | **(2,762)** | **-** | **-** | **-** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: SANCHEZ ENERGY CORPORATION, et al.　　　　Petition Date: August 11, 2019

Case Number: 19-34508

**Cash Receipts and Disbursements for the Period Ending**

| ($ in 000s) | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 | 31-Jan-20 |
|---|---|---|---|---|---|---|
| Cash & Cash Equivalents - Beginning | 90,744 | 162,969 | 173,846 | 146,627 | | |
| _Cash Receipts_ | | | | | | |
| Gross Production Receipts | 159,451 | 149,721 | 171,500 | 152,619 | | |
| JIB Receipts & Cash Calls | 24,947 | 44,331 | 30,002 | 36,881 | | |
| Other | 56 | 259 | 573 | 641 | | |
| **Total Cash Receipts** | **184,454** | **194,311** | **202,075** | **190,141** | **-** | **-** |
| _Cash Disbursements_ | | | | | | |
| Capex | (4,880) | (33,068) | (30,557) | (17,510) | | |
| Lease Operating Expense | (2,931) | (6,877) | (16,891) | (14,942) | | |
| Gathering, Marketing, Transportation | (15,715) | (15,825) | (26,375) | (23,290) | | |
| Royalties & Working Interest Payments | (120,181) | (114,319) | (111,716) | (111,689) | | |
| Production & Ad Valorem Tax | (7,123) | (6,381) | (29,832) | (6,390) | | |
| G&A / Other | (2,538) | (5,656) | (8,084) | (2,870) | | |
| **Operating Cash Disbursements** | **(153,368)** | **(182,126)** | **(223,455)** | **(176,690)** | **-** | **-** |
| **Total Operating Cash Flow** | **31,086** | **12,185** | **(21,380)** | **13,451** | **-** | **-** |
| _Financing and Restructuring Related Disbursements_ | | | | | | |
| Interest & Fees | - | (433) | (444) | (426) | | |
| Draw (Repayment) of Principal | - | - | - | - | | |
| Cash Collateralization of Letters of Credit | - | - | - | - | | |
| Restructuring Costs | (47) | (875) | (5,395) | (776) | | |
| Intercompany | - | - | - | - | | |
| **Net Cash Flow Prior to DIP Financing** | **31,039** | **10,877** | **(27,219)** | **12,249** | **-** | **-** |
| _Debt_ | | | | | | |
| Draw (Repayment) of DIP | 41,186 | - | - | - | | |
| **Total Net Cash Flow** | **72,225** | **10,877** | **(27,219)** | **12,249** | **-** | **-** |
| **Ending Operating Cash Balance** | **162,969** | **173,846** | **146,627** | **158,876** | **-** | **-** |
| **Ending Restricted Cash Balance** | **47** | **47** | **47** | **47** | **-** | **-** |

*MOR-7*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name:  SANCHEZ ENERGY CORPORATION, et al.                          Petition Date:  August 11, 2019

Case Number:  19-34508

**Total Disbursements by Debtor Entity for the Period Ending**

($ in 000s)

| Debtor Case # | Legal Entity Name | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 | 31-Jan-20 | 29-Feb-20 |
|---|---|---|---|---|---|---|---|---|
| 19-34508 | Sanchez Energy Corporation | 5,960 | 8,812 | 15,988 | 6,454 | | | |
| 19-34509 | SN Palmetto, LLC | - | - | - | - | | | |
| 19-34510 | SN Marquis LLC | - | - | - | - | | | |
| 19-34511 | SN Cotulla Assets, LLC | - | - | - | - | | | |
| 19-34512 | SN Operating, LLC | 9,425 | 9,051 | 8,363 | 8,067 | | | |
| 19-34513 | SN TMS, LLC | - | - | - | - | | | |
| 19-34514 | SN Catarina, LLC | - | - | - | - | | | |
| 19-34515 | Rockin L Ranch Company, LLC | - | - | - | - | | | |
| 19-34516 | SN EF Maverick, LLC | 126,297 | 113,417 | 118,077 | 119,933 | | | |
| 19-34517 | SN Payables, LLC | 12,911 | 52,153 | 86,866 | 43,436 | | | |
| 19-34518 | SN UR Holdings, LLC | - | 1 | 1 | 1 | | | |
| | **Total** | **154,594** | **183,434** | **229,294** | **177,892** | - | - | - |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

Case Name: SANCHEZ ENERGY CORPORATION, et al.          Petition Date: August 11, 2019
Case Number: 19-34508

**Cash Account Reconciliation**

($ in 000s)

| Bank | Legal Entity | Account # | Type | 11-Aug-19 | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 |
|---|---|---|---|---|---|---|---|---|
| JP Morgan Chase Bank | Sanchez Energy Corporation | x2021 | Operating | 4,186 | 51,193 | 60,411 | 61,521 | 57,013 |
| JP Morgan Chase Bank | SN Operating, LLC | x2252 | Revenue/ZBA | - | - | - | - | - |
| JP Morgan Chase Bank | SN Operating, LLC | x2351 | AP/ZBA | - | - | - | - | - |
| JP Morgan Chase Bank | SN Payables, LLC | x2575 | AP Operating | 3,642 | 4,081 | 3,552 | 28,964 | 3,643 |
| JP Morgan Chase Bank | SN Payables, LLC | x2765 | AP/ZBA | - | - | - | - | - |
| JP Morgan Chase Bank | SN EF Maverick, LLC | x2930 | Operating | 23,268 | 68,329 | 67,940 | 39,808 | 56,523 |
| JP Morgan Chase Bank | SN EF Maverick, LLC | x3078 | Revenue/ZBA | - | - | - | - | - |
| JP Morgan Chase Bank | SN EF Maverick, LLC | x3193 | AP/ZBA | - | - | - | - | - |
| JP Morgan Chase Bank | SN EF Maverick, LLC | x5176 | SN Marketing Activities | 43 | 4 | 398 | 118 | 118 |
| JP Morgan Chase Bank | SN UR Holdings, LLC | x3553 | General Corporate | 99 | 99 | 98 | 97 | 96 |
| JP Morgan Chase Bank | Sanchez Energy Corporation | x1092 | Money Market | - | 2 | 2 | 2 | 2 |
| JP Morgan Chase Bank | SN EF Maverick, LLC | x6268 | Money Market | - | 5 | 5 | 5 | 5 |
| JP Morgan Chase Bank | SN UR Holdings, LLC | x1853 | Money Market | 62,431 | 62,473 | 62,514 | 62,550 | 62,580 |
| RBC Capital Markets, LLC | SN UR Holdings, LLC | x8438 | RBC Time Deposit | - | - | - | - | - |
| RBC Capital Markets, LLC | Sanchez Energy Corporation | x5367 | RBC Time Deposit | - | - | - | - | - |
| RBC Capital Markets, LLC | SN UR Holdings, LLC | x9371 | Security/BLACKROCK TempFund (Fund #24) | - | - | - | - | - |
| RBC Capital Markets, LLC | SN UR Holdings, LLC | x8627 | Security/J.P. MORGAN Prime Money Market (Fund #3605) | - | - | - | - | - |
| RBC Capital Markets, LLC | SN UR Holdings, LLC | x1624 | Security/FIDELITY Prime Money Market (Fund #2014) | - | - | - | - | - |
| RBC Capital Markets, LLC | SN UR Holdings, LLC | x8928 | Security/FEDERATED Prime Obligations (Fund #10) | - | - | - | - | - |
| **Total Operating Cash** | | | | **93,669** | **186,186** | **194,919** | **193,064** | **179,980** |
| | | | | | | | | |
| JP Morgan Chase Bank | Sanchez Energy Corporation | x3178 | Restricted Cash Utilities | - | 47 | 47 | 47 | 47 |
| **Total Restricted Cash** | | | | **-** | **47,357** | **47,357** | **47,357** | **47,357** |
| **Total Bank Cash** | | | | **93,669** | **186,233** | **194,966** | **193,111** | **180,027** |

**Book-To-Bank Cash Reconciliation**

| | 11-Aug-19 | 31-Aug-19 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 |
|---|---|---|---|---|---|
| Beginning Book Balance | - | 90,744 | 162,969 | 173,846 | 146,627 |
| (+/-) Net Book Cash Flow (MOR-7) | - | 72,225 | 10,877 | (27,219) | 12,249 |
| **Ending Book Balance (MOR-2)** | **90,744** | **162,969** | **173,846** | **146,627** | **158,876** |
| (+) Restricted Cash | - | 47 | - | - | - |
| (+/-) Cash In Transit, Outstanding Checks, & Other | 2,925 | 23,217 | 21,120 | 46,485 | 21,152 |
| **Ending Bank Balance** | **93,669** | **186,233** | **194,966** | **193,111** | **180,027** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| Case Name: | SANCHEZ ENERGY CORPORATION, et al. | | | Petition Date: | August 11, 2019 |
| Case Number: | 19-34508 | | | | |

**Payments to Insiders and Professionals for the Period Ending**

| ($ in 000s) | 8/12-8/31 | 30-Sep-19 | 31-Oct-19 | 30-Nov-19 | 31-Dec-19 | 31-Jan-20 | 29-Feb-20 |
|---|---|---|---|---|---|---|---|
| 1. Adam C Zylman (Board of Directors) | - | 22 | 20 | 24 | | | |
| 2. Alan G Jackson (Board of Directors) | - | 17 | 16 | 18 | | | |
| 3. Eugene I Davis (Board of Directors) | - | 32 | 30 | 41 | | | |
| 4. Gilbert A Garcia (Board of Directors) | - | 20 | 19 | 20 | | | |
| 5. Greg Colvin (Board of Directors) | - | 17 | 16 | 17 | | | |
| 6. Robert V Nelson III (Board of Directors) | - | 17 | 16 | 17 | | | |
| 7. Sean M Maher (Board of Directors) | - | 18 | 17 | 19 | | | |
| 8. Thomas Brian Carney (Board of Directors) | - | 17 | 16 | 17 | | | |
| **Total Payments to Insiders** | **-** | **158** | **148** | **173** | **-** | **-** | **-** |
| **Payments to Professionals**[1] | | | | | | | |
| **Debtor Retained Professionals** | | | | | | | |
| 1. Akin Gump Strauss Hauer & Feld LLP (Debtors' Co-Counsel) | - | - | - | - | | | |
| 2. Jackson Walker LLP (Debtors' Co-Counsel) | - | - | - | - | | | |
| 3. Moelis & Company (Debtors' Investment Banker) | - | - | - | - | | | |
| 4. Alvarez & Marsal North America LLC (Debtors' Restructuring Advisor) | - | - | 1,810 | - | | | |
| 5. Prime Clerk LLC (Debtors' Claims Agent) | - | 134 | 40 | 21 | | | |
| 6. Ropes & Gray LLP (Special Committee Counsel) | | | | - | | | |
| **Other Debtor Professionals** | | | | | | | |
| 7. Gibbs & Bruns LLP (Gavilan Litigation Counsel) | - | - | - | 124 | | | |
| **Creditor Professionals** | | | | | | | |
| 8. Wilmington Savings Funds Society (DIP Agent) | - | 21 | 11 | 1 | | | |
| 9. Arnold & Porter Kaye Scholer LLP (DIP Agent's Co-Counsel) | - | 195 | 11 | 143 | | | |
| 10. Cole Schotz PC (DIP Agent's Co-Counsel) | - | 11 | 12 | - | | | |
| 11. Morrison & Foerster LLP (DIP Lender's Co-Counsel) | - | - | 1,716 | 374 | | | |
| 12. Foley & Lardner LLP (DIP Lender's Co-Counsel) | - | - | 223 | 210 | | | |
| 13. Evercore Group LLC (DIP Lender's Investment Banker) | - | - | 333 | - | | | |
| 14. Thompson & Knight LLP (Prepetition RCF Counsel) | - | 469 | 375 | 27 | | | |
| 15. Carl Marks Advisory Group LLC (Prepetition RCF Financial Advisor) | - | 45 | 30 | - | | | |
| 16. Milbank LLP (UCC's Co-Counsel) | - | - | - | - | | | |
| 17. Locke Lorde LLP (UCC's Co-Counsel) | - | - | - | - | | | |
| 18. Jefferies Group LLC (UCC's Investment Banker) | - | - | - | - | | | |
| 19. FTI Consulting, Inc. (UCC's Financial Advisor) | - | - | - | - | | | |
| 20. Epiq (UCC's Claims Agent) | - | - | - | - | | | |
| **Other Professionals** | | | | | | | |
| 21. U.S. Trustee Fees (Quarterly) | - | - | 835 | - | | | |
| **Total Payments to Professionals**[1] | **-** | **875** | **5,395** | **900** | **-** | **-** | **-** |

**Notes:**
1. Payments to ordinary course professionals are not included in MOR-9.

*MOR-9*