

ENTERED

02/18/2020

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| **In re:** | § | **Chapter 11** |
| | § | |
| **SANCHEZ ENERGY CORPORATION, *et al.*,**[1] | § | **Case No. 19-34508 (MI)** |
| | § | |
| **Debtors.** | § | **(Jointly Administered)** |
| | § | |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF**
**LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR**
**THE PERIOD FROM AUGUST 29, 2019 THROUGH NOVEMBER 30, 2019**
(Relates to Docket No. 874)

CAME ON for consideration the *First Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from August 29, 2019 through November 30, 2019* (the "***Application***") filed by Locke Lord, LLP ("***Locke Lord***") for the period from August 29, 2019 through November 30, 2019 (the "***Application Period***"), and the Court, having considered the Application and each of the Monthly Fee Statements served by Locke Lord during the Application Period, any objections or opposition to the Application, and the Firm's having complied in all respects with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and after due and proper notice to all parties in interest and a hearing, is of the opinion that the Application should be APPROVED and the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102).  The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

1

ORDERED that Locke Lord is hereby allowed interim compensation for attorneys' fees in the amount of $695,186.00 incurred from August 29, 2019 through November 30, 2019. It is further

ORDERED that Locke Lord is hereby allowed reimbursement of interim expenses in the amount of $7,875.12 incurred from August 29, 2019 through November 30, 2019. It is further

ORDERED that the Debtors are authorized and directed to pay to Locke Lord the unpaid portion of the compensation awarded herein, including $55,974.50 held back with respect to Locke Lord's First Fee Statement, $35,147.50 held back with respect to Locke Lord's Second Fee Statement, and $47,915.20 held back with respect to Locke Lord's Third Fee Statement; *provided* that this Order shall not be deemed to authorize or direct the payment of $31,082.79 of interim compensation (representing those professional fees sought by Locke Lord in connection with investigating and prosecuting the matters described in clauses 24(a)(i)–(ii) of the Final DIP Order[2] that, taken together with such fees incurred by other Committee advisors, exceed the Investigation Budget (as defined in the Final DIP Order)) from any Cash Collateral or proceeds of the DIP Facility, the DIP Collateral or the Prepetition Collateral (each as defined in the Final DIP Order).  Notwithstanding anything to the contrary herein, the ad hoc group of certain unaffiliated funds, accounts, and/or managers of funds or accounts, as beneficial holders of obligations arising from or relating to the 7.25% Senior Secured First Lien Notes due 2023 issued by Sanchez Energy Corporation under the Indenture dated as of February 14, 2018, and of certain lenders under the Debtors' debtor in possession financing facility reserves all rights with respect

---

[2]     The *Final Order (i) Authorizing Debtors (a) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (b) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (ii) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, 364 and 507(b)* [Dkt. No. 865].

82410365v.1

to final allowance for compensation and reimbursement of expenses, including (a) with respect to the amount of interim compensation allocated by Locke Lord to investigating and prosecuting the matters described in clauses 24(a)(i)–(ii) of the Final DIP Order and (b) whether fees in excess of the Investigation Budget must be satisfied in connection with a plan of reorganization as allowed administrative expense claims. And it is further

ORDERED that the Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order

Signed: February 16, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

3

82410365v.1

# Exhibit

# Red Line Order

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | **Chapter 11** |
|  | § |  |
| **SANCHEZ ENERGY CORPORATION,** *et al.*,[1] § | | **Case No. 19-34508 (MI)** |
|  | § |  |
| **Debtors.** | § | **(Jointly Administered)** |
|  | § |  |

**ORDER APPROVING FIRST INTERIM FEE APPLICATION OF
LOCKE LORD LLP AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF
UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES FOR
THE PERIOD FROM AUGUST 29, 2019 THROUGH NOVEMBER 30, 2019**
(Relates to Docket No. —874)

CAME ON for consideration the *First Interim Application of Locke Lord LLP as Co-Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses for the Period from August 29, 2019 through November 30, 2019* (the "**Application**") filed by Locke Lord, LLP ("**Locke Lord**") for the period from August 29, 2019 through November 30, 2019 (the "**Application Period**"), and the Court, having considered the Application and each of the Monthly Fee Statements served by Locke Lord during the Application Period, any objections or opposition to the Application, and the Firm's having complied in all respects with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, and after due and proper notice to all parties in interest and a hearing, is of the opinion that the Application should be APPROVED and the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

ORDERED that the Application is GRANTED as set forth herein. It is further ORDERED that Locke Lord is hereby allowed interim compensation for attorneys' fees in the amount of $695,186.00 incurred from August 29, 2019 through November 30, 2019. It is further

ORDERED that Locke Lord is hereby allowed reimbursement of interim expenses in the amount of $7,875.12 incurred from August 29, 2019 through November 30, 2019. It is further

ORDERED that the Debtors are authorized and directed to pay to Locke Lord the unpaid portion of the compensation awarded herein, including $55,974.50 held back with respect to Locke Lord's First Fee Statement, $35,147.50 held back with respect to Locke Lord's Second Fee Statement, and $47,915.20 held back with respect to Locke Lord's Third Fee Statement; *provided that this Order shall not be deemed to authorize or direct the payment of $31,082.79 of interim compensation (representing those professional fees sought by Locke Lord in connection with investigating and prosecuting the matters described in clauses 24(a)(i)–(ii) of the Final DIP Order*[2] *that, taken together with such fees incurred by other Committee advisors, exceed the Investigation Budget (as defined in the Final DIP Order)) from any Cash Collateral or proceeds of the DIP Facility, the DIP Collateral or the Prepetition Collateral (each as defined in the Final DIP Order). Notwithstanding anything to the contrary herein, the ad hoc group of certain unaffiliated funds, accounts, and/or managers of funds or accounts, as beneficial holders of obligations arising from or relating to the 7.25% Senior Secured First Lien Notes due 2023 issued by Sanchez Energy Corporation under the Indenture dated as of February 14, 2018, and of certain lenders under the Debtors' debtor in possession financing facility reserves all rights with respect*

---

[2] The *Final Order (i) Authorizing Debtors (a) to Obtain Postpetition Financing Pursuant to 11 U.S.C. §§ 105, 361, 362, 363(b), 364(c)(1), 364(c)(2), 364(c)(3), 364(d)(1) and 364(e) and (b) to Utilize Cash Collateral Pursuant to 11 U.S.C. § 363 and (ii) Granting Adequate Protection Pursuant to 11 U.S.C. §§ 361, 362, 363, 364*

to final allowance for compensation and reimbursement of expenses, including (a) with respect to the amount of interim compensation allocated by Locke Lord to investigating and prosecuting the matters described in clauses 24(a)(i)–(ii) of the Final DIP Order and (b) whether fees in excess of the Investigation Budget must be satisfied in connection with a plan of reorganization as allowed administrative expense claims. And it is further

ORDERED that the Court shall retain jurisdiction to hear and consider all disputes arising out of the interpretation or implementation of this Order

SIGNED this_____day of_____, 2020.

_____
The Honorable Marvin Isgur United States Bankruptcy Judge

_and 507(b)_ [Dkt. No. 865].

Document comparison by Workshare Compare on Monday, February 10, 2020 9:08:36 PM

| Input: | |
|---|---|
| Document 1 ID | file://C:\NRPortbl\America\SRMAYER\(Committee) - Sanchez\2020-02-10 Filing\Back Up\Locke Lord\Order - LL Interim Fee App (Original).pdf |
| Description | Order - LL Interim Fee App (Original) |
| Document 2 ID | file://C:\NRPortbl\America\SRMAYER\(Committee) - Sanchez\2020-02-10 Filing\Back Up\Locke Lord\Revised Order - Locke Lord First Interim Fee App.pdf |
| Description | Revised Order - Locke Lord First Interim Fee App |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 7 |
| Deletions | 2 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |

| Total changes | 9 |
|---|---|