

ENTERED
03/26/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| SANCHEZ ENERGY CORPORATION, *et al* § § § | CASE NO: 19-34508 | |
| SN PALMETTO, LLC; fka SEP HOLDINGS III, LLC § § | CASE NO: 19-34509 | |
| SN MARQUIS LLC § § | CASE NO: 19-34510 | |
| SN COTULLA ASSETS, LLC § § | CASE NO: 19-34511 | |
| SN OPERATING, LLC § § | CASE NO: 19-34512 | |
| SN TMS, LLC § § | CASE NO: 19-34513 | |
| SN CATARINA, LLC § § | CASE NO: 19-34514 | |
| ROCKIN L RANCH COMPANY, LLC § § | CASE NO: 19-34515 | |
| SN EF MAVERICK, LLC § § | CASE NO: 19-34516 | |
| SN PAYABLES, LLC § § | CASE NO: 19-34517 | |
| SN UR HOLDINGS, LLC § § | CASE NO: 19-34518 Jointly Administered Order | |
| Debtor(s) § § | CHAPTER 11 | |

## ORDER APPOINTING
## CHIEF JUDGE DAVID R. JONES AS MEDIATOR

Chief Judge Jones has advised that he has been requested to mediate certain issues in this case. The undersigned Judge does not know which party or parties approached Judge Jones, or the issues to be mediated.

Ordinarily, the Court would expect to receive a motion submitted by a party before considering whether to appoint a mediator. These are not ordinary times. Because the Court is not compelling any party to participate in a mediation, the Court will issue this Order without the necessity of a motion.

The Court orders:

1. Chief Judge Jones is authorized to mediate such issues as he determines appropriate in this case.

2. No party is compelled to participate in the mediation.

3. Judge Jones has absolute discretion as to the timing and means and methods of any mediation.

4. Judge Jones will mediate this case in his capacity as a United States Bankruptcy Judge.  He will have full, unqualified judicial immunity in his role as a mediator.

5. Judge Jones may not be called as a witness in this or any other proceeding concerning his role as a mediator in this case, or concerning this case.

SIGNED **March 26, 2020.**

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE