

ENTERED

07/27/2020

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **SANCHEZ ENERGY CORPORATION**, *et al.,*[1] | Case No. 19-34508 |
| Debtors. | Jointly Administered |

**ORDER GRANTING FINAL FEE APPLICATION OF FTI CONSULTING, INC., FOR COMPENSTATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM SEPTEMBER 4, 2019 THROUGH JUNE 30, 2020**
(Related to Docket No. 1429)

Upon consideration of the *Final Fee Application of FTI Consulting, Inc., for Compensation for Services and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from September 4, 2019 through June 30, 2020* (the "Application")[2] filed by FTI Consulting, Inc. ("FTI"), financial advisor to the official committee of unsecured creditors (the "Committee") of the above-captioned debtors (the "Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application have been filed, and no other or further notice is required; (e) the Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102).  The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.
[2] Capitalized terms not defined herein shall have the meaning set forth in the application.

- 3 -

complies with the Committee Professional Fee Settlement, as incorporated in the *Order Approving Disclosure Statement and Confirming Second Amended Joint Chapter 11 Plan of Reorganization of Sanchez Energy Corporation and its Debtor Affiliates* [Docket No. 1212] (the "Confirmation Order"); and (f) good and sufficient cause exists for granting the relief herein, after due deliberation upon the Application. Therefore, it is hereby

**ORDERED** that FTI shall be allowed final compensation in accordance with the Fee Settlement in the amount of $5,850,000.00 for services rendered on behalf of the Committee for the period of September 4, 2019 through June 30, 2020. It is further

**ORDERED** that the Debtors are authorized and directed to pay FTI the unpaid portion of the compensation awarded herein, in the amount of $2,817,965.00, and FTI and the Debtors are each hereby authorized to direct the Debtors' escrow agent to release funds to FTI in that amount. It is further

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: July 27, 2020

_____
Marvin Isgur
United States Bankruptcy Judge

- 3 -