IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SANCHEZ ENERGY CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 19-34508 (MI)<br><br>(Jointly Administered) |

**ORDER APPROVING SECOND INTERIM AND FINAL FEE APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP FOR ALLOWANCE AND PAYMENT OF FEES AND EXPENSES AS COUNSEL TO THE DEBTORS FOR THE PERIOD FROM DECEMBER 1, 2019 THROUGH MARCH 27, 2020**

Upon consideration of the *Second Interim and Final Fee Application of Akin Gump Strauss Hauer & Feld LLP for Allowance and Payment of Fees and Expenses as Counsel to the Debtors for the Period from August 11, 2019 through March 27, 2020* (the "Application")[2] filed by Akin Gump Strauss Hauer & Feld LLP ("Akin Gump"), counsel for the debtors and debtors in possession of Sanchez Energy corporation (collectively, the "Debtors"), the Court finds that: (a) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. § 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b); (c) the fees and expenses requested are reasonable, necessary, and beneficial to the Debtors' estates and should be allowed; (d) proper and adequate notice of the Application and hearing thereon has been given, no objections to the Application having been filed, and no other or further notice is required; and (e) good and sufficient cause exists for granting the relief herein, after due deliberation upon the Application

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102).  The location of the Debtors' service address is 1000 Main Street, Suite 3000, Houston, Texas 77002.

[2] Capitalized terms not defined herein shall have the meaning set forth in the Application.

and all relevant proceedings before the Court in connection with the Application. Therefore, **IT IS HEREBY ORDERED THAT**:

1. Akin Gump shall be allowed final compensation of fees in the amount of $23,843,648.00 and reimbursement of expenses in the amount of $855,656.82 for services rendered on behalf of the Debtors for the period of August 11, 2019 through March 27, 2020. Pursuant to the Professional Fee Settlement, Akin Gump has agreed to payment of fees in the reduced amount of $21,459,283.20.

2. The Debtors are authorized and directed to pay Akin Gump unpaid fees in the amount of **$8,465,115.10** and unreimbursed expenses in the amount of **$361,242.46** upon the entry of this Order.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: July 28, 2020

_____
Marvin Isgur
United States Bankruptcy Judge