

ENTERED
03/10/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| SANCHEZ ENERGY CORPORATION, *et al* | § § § | CASE NO: 19-34508 |
| | § | |
| SN PALMETTO, LLC | § § | CASE NO: 19-34509 |
| SN MARQUIS LLC | § § | CASE NO: 19-34510 |
| SN COTULLA ASSETS, LLC | § § | CASE NO: 19-34511 |
| SN OPERATING, LLC | § § | CASE NO: 19-34512 |
| SN TMS, LLC | § § | CASE NO: 19-34513 |
| SN CATARINA, LLC | § § | CASE NO: 19-34514 |
| ROCKIN L RANCH COMPANY, LLC | § § | CASE NO: 19-34515 |
| SN EF MAVERICK, LLC | § § | CASE NO: 19-34516 |
| SN PAYABLES, LLC | § § | CASE NO: 19-34517 |
| SN UR HOLDINGS, LLC, | § § | CASE NO: 19-34518 **Jointly Administered** |
| Debtors. | § § | **CHAPTER 11** |

### ORDER RESOLVING PHASE 2 OF THE LIEN-RELATED LITIGATION

Pursuant to the Court's Memorandum Opinion issued on this date, the Court declares:

- The liens on the Hausser, Harrison, and Koenning Leases (as described in the Memorandum Opinion) are avoidable, unless the Correction Affidavits withstand avoidance;

- The Correction Affidavits perfected the Senior Noteholders' liens on the Hausser, Harrison, and Koenning Leases;

- The Correction Affidavits satisfy 11 U.S.C. § 547(b)(1), (2) and (4);

- Whether the Correction Affidavits satisfy 11 U.S.C. § 547(b)(3) and (5) is reserved for Phase 3 of the Lien-Related Litigation;

- The Creditor Representative has standing in Phase 3 to challenge adequate protection payments made to the Senior Noteholders.

SIGNED 03/09/2021

Marvin Isgur
United States Bankruptcy Judge