

ENTERED
03/10/2021

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **SANCHEZ ENERGY CORPORATION,** *et al* | § § § | **CASE NO: 19-34508** |
| **SN PALMETTO, LLC** | § § | **CASE NO: 19-34509** |
| **SN MARQUIS LLC** | § § | **CASE NO: 19-34510** |
| **SN COTULLA ASSETS, LLC** | § § | **CASE NO: 19-34511** |
| **SN OPERATING, LLC** | § § | **CASE NO: 19-34512** |
| **SN TMS, LLC** | § § | **CASE NO: 19-34513** |
| **SN CATARINA, LLC** | § § | **CASE NO: 19-34514** |
| **ROCKIN L RANCH COMPANY, LLC** | § § | **CASE NO: 19-34515** |
| **SN EF MAVERICK, LLC** | § § | **CASE NO: 19-34516** |
| **SN PAYABLES, LLC** | § § | **CASE NO: 19-34517** |
| **SN UR HOLDINGS, LLC,** | § § | **CASE NO: 19-34518** |
| Debtors. | § § § | **Jointly Administered** <br> **CHAPTER 11** |

## ORDER ALLOWING ADMINISTRATIVE EXPENSE CLAIM OF NABORS DRILLING TECHNOLOGIES USA, INC. PURSUANT TO 11 U.S.C. § 507(b)(1)(A)

Nabors Drilling Technologies USA, Inc. is granted a priority administrative expense in the amount of $1,224,366.00.

SIGNED 03/09/2021

_____
Marvin Isgur
United States Bankruptcy Judge