

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/03/2021

| | | |
|---|---|---|
| IN RE: | § | |
| **SANCHEZ ENERGY CORPORATION,** *et al* | § § § | **CASE NO: 19-34508** |
| | § | |
| **SN PALMETTO, LLC** | § § | **CASE NO: 19-34509** |
| **SN MARQUIS LLC** | § § | **CASE NO: 19-34510** |
| **SN COTULLA ASSETS, LLC** | § § | **CASE NO: 19-34511** |
| **SN OPERATING, LLC** | § § | **CASE NO: 19-34512** |
| **SN TMS, LLC** | § § | **CASE NO: 19-34513** |
| **SN CATARINA, LLC** | § § | **CASE NO: 19-34514** |
| **ROCKIN L RANCH COMPANY, LLC** | § § | **CASE NO: 19-34515** |
| **SN EF MAVERICK, LLC** | § § | **CASE NO: 19-34516** |
| **SN PAYABLES, LLC** | § § | **CASE NO: 19-34517** |
| **SN UR HOLDINGS, LLC,** | § § | **CASE NO: 19-34518** |
| | § | **Jointly Administered** |
| Debtors. | § § | **CHAPTER 11** |

## ORDER

For the reasons set out in the Memorandum Opinion issued on this date, Delaware Trust Company is allowed an administrative expense claim of $6,050.00, plus out-of-pocket postage and mailing expenses.

SIGNED 05/03/2021

_____
Marvin Isgur
United States Bankruptcy Judge