United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 21, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | ) ) | Chapter 11 |
| SANCHEZ ENERGY CORPORATION, *et al.*, | ) ) | Case No. 19-34508 (MI) |
| Reorganized Debtors.[1] | ) ) ) | (Jointly Administered) |

**STIPULATION AND AGREED ORDER REGARDING OBJECTION
TO CLAIM NO. 696 OF TANMAR RENTALS, LLC**
[Related to Dkt. Nos. 1954 and 1969]

This stipulation and agreed order ("Stipulation and Agreed Order") regarding the objection to claim number 696 by TanMar Rentals, LLC ("TanMar") is made between Mesquite Energy, Inc. (f/k/a Sanchez Energy Corporation) ("Mesquite"), SN Operating, LLC ("SN Operating"), and SN EF Maverick, LLC ("SN Maverick") (collectively, Mesquite, SN Operating, and SN Maverick are the "Reorganized Debtors"). The Reorganized Debtors and TanMar are each a "Party" and collectively the "Parties" to this Stipulation. The Parties hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on June 9, 2020, TanMar filed a general unsecured claim against Sanchez Energy Corporation in the amount of $181,115.32 and was assigned Claim Number 696 ("Claim");

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sanchez Energy Corporation (0102); SN Palmetto, LLC (3696); SN Marquis LLC (0102); SN Cotulla Assets, LLC (0102); SN Operating, LLC (2143); SN TMS, LLC (0102); SN Catarina, LLC (0102); Rockin L Ranch Company, LLC (0102); SN EF Maverick, LLC (0102); SN Payables, LLC (0102); and SN UR Holdings, LLC (0102). The location of the Reorganized Debtors' service address is 700 Milam Street, Suite 600, Houston, Texas 77002.

ny-2175912 v2

WHEREAS, on June 11, 2021, Reorganized Debtors filed the *Seventh Omnibus Objection to Certain Proofs of Claim (Miscellaneous Claims)* [Docket No. 1954] ("Claim Objection"), objecting to Claim as being filed late;

WHEREAS, on June 18, 2021, TanMar filed its *Response in Opposition to the Reorganized Debtors' Seventh Omnibus Objection to Certain Proofs of Claim (Miscellaneous Claims)* [Docket No. 1969] ("Response"), asserting that its claim was for contract rejection damages;

WHEREAS, after further negotiations, the Parties determined that TanMar had performed services for both SN Operating and SN Maverick and the Reorganized Debtors determined that certain credits were not accounted for in the Claim;

WHEREAS, the Parties now have consensually resolved the issue;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:**

1. Claim No. 696 is disallowed.

2. TanMar shall have an allowed general unsecured claim against SN EF Maverick in the amount of $149,248.24.

3. TanMar shall have an allowed general unsecured claim against SN Operating in the amount of $22,887.70.

IT IS SO ORDERED.

Signed: July 21, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

**AGREED AND ACCEPTED**:

| | |
|---|---|
| FOLEY & LARDNER LLP | WELLS & CUELLAR, P.C. |
| | |
| */s/ Sharon M. Beausoleil* | */s/ Jeffrey D. Stewart* |
| John P. Melko | Jeffrey D. Stewart |
| State Bar No. 13919600 | State Bar No. 24047237 |
| Email:  jmelko@foley.com | Email: jstewart@wellscuellar.com |
| Sharon M. Beausoleil | 440 Louisiana Street, Suite 718 |
| State Bar No. 24025245 | Houston, TX  77002 |
| Email: sbeausoleil@foley.com | Telephone:  713-222-1281 |
| 1000 Louisiana Street, Suite 2000 | Facsimile:  713-237-0570 |
| Houston, Texas  77002 | |
| Telephone:  713-276-5500 | **ATTORNEY FOR TANMAR RENTALS, LLC** |
| Facsimile:  713-276-5555 | |
| | |
| **ATTORNEY FOR REORGANIZED DEBTORS** | |