United States Bankruptcy Court
Southern District of Texas

**ENTERED**

December 12, 2022

Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO: 19-34508** |
| **SANCHEZ ENERGY CORPORATION,** *et al.*, | § | |
| | § | |
| Debtors. | § | **Jointly Administered** |
| | § | **CHAPTER 11** |

## ORDER

The Reorganized Debtors must immediately produce the documents and communications that were withheld under the attorney-client privilege and the work product doctrine but were shared with Apollo or Fidelity employees.

SIGNED 12/12/2022

_____
Marvin Isgur
United States Bankruptcy Judge