United States Bankruptcy Court
Southern District of Texas

**ENTERED**
January 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 19-34508 |
| **SANCHEZ ENERGY CORPORATION,** *et al.*, § | |
| § | |
| Debtors. § | Jointly Administered |
| § | CHAPTER 11 |

## ORDER

The Lien-Related Litigation will proceed according to the Scheduling Order at ECF No. 2580.

SIGNED 01/11/2023

_____
Marvin Isgur
United States Bankruptcy Judge